# EXHIBIT A

DomesticBank
We're Main Street • Not Wall Street

Michael and Elizabeth Souza
98 Greenfield Ave
Portsmouth, RI 02871

Peter Iascone,

I am happy to inform you that the application for the refinance of the property located at 98 Greenfield avenue, Portsmouth RI 02871 is approved in the amount of $201,100.

Best regards,

Michael S. Almeida

Michael S. Almeida
Senior Loan Officer