# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -x

In re: :

Michael J. & Elizabeth M. Souza: BK No. 03-11720
Debtor(s) Chapter 13

:

- - - - - - - - - - - - - - - - -x

**ORDER GRANTING MOTION TO BORROW**

After consideration of the pleading(s), **IT IS HEREBY ORDERED** that the within Motion to Borrow (Document No. 30) is GRANTED. The closing attorney shall pay all net proceeds to the Chapter 13 Trustee, John Boyajian, Esq.

ORDER:

JLD
Deputy Clerk

Entered on Docket: 12/31/03

ENTER:

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 12/31/03

JAN 5 2004

03-190