# EXHIBIT C

# DOMESTIC BANK

815 Reservoir Avenue Cranston, Rhode Island 02910

(401)943-1600

## Statement of Credit Denial, Termination, or Change

RE: Your loan credit application dated 12/16/03 for refinancing a 1st mortgage

To: MICHAEL J SOUZA & ELIZABETH M SOUZA
98 GREENFIELD AVE
PORTSMOUTH RI 02871

Date: 02/05/04
App #: 438477
Loan Amount: $202,100

☒ We have given your recent application for credit our careful consideration. We regret that we are unable to grant you credit at this time. Our decision was based on the reason(s) as checked below.

☐ We have given your recent application for credit our careful consideration. Although we have approved your application, based on the reason(s) checked below, the rate, term and/or loan amount differs from the application (see comments below).

___ Credit application incomplete
___ Insufficient credit references
___ Unable to verify credit references
___ Temporary or irregular employment
___ Unable to verify employment
___ Length of employment
___ Insufficient income
___ Excessive obligations
___ Unable to verify income
___ Inadequate collateral

___ Too short a period of residence
___ Temporary residence
___ Unable to verify residence
___ No credit file
___ Insufficient credit file
_x_ Delinquent credit obligations
_x_ Garnishment, attachment, foreclosure, repossession, or suit
___ Bankruptcy
___ We do not grant credit to any applicant on the terms and conditions you request

Other reasons ______________________________

DISCLOSURE OF USE OF INFORMATION OBTAINED FROM AN OUTSIDE SOURCE

___ Disclosure inapplicable

_x_ Our decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. Under the Fair Credit Reporting Act, you have a right to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than sixty (60) days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Trans Union PO Box 1000 Chester, PA 19022 (800) 888-4213

___ Information obtained from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act you have the right to make a written request, within 60 days of receipt of this notice, for disclosure of the nature of the adverse information.

he Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter a nding contract); because all or part of the applicant's income derives from any public assistance program; or because e applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that ministers compliance with this law concerning this creditor is Office of Thrift Supervision, 10 Exchange Place, Jersey ty, NJ 07302.

Authorized Signature [signature]
Gary Garabedian