AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CA 06 55 ML

MICHAEL SOUZA AND ELIZABETH S

V.

DOMESTIC BANK

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

NATHANIAL BAKER, PRESIDENT
DOMESTIC BANK
815 RESERVOIR AVENUE
CRANSTON, RHODE ISLAND 02910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH E. MARRAN III, ESQ. #3971
CLAUDE LEFEBVRE, CHRISTOPHER M. LEFEBVRE, P.C.
P.O. BOX 479
PAWTUCKET, RHODE ISLAND 02862

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/2/06

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE Feb. 7, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: Domestic Bank 815 Reservoir Ave. Cranston RI

■ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): [signature] Executive Asst.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/7/06
Date

[signature]
Signature of Server

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
Address of Server

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2006 FEB 14 A 10:00

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED