IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY**

The parties hereby agree and stipulate that Defendant, Domestic Bank, may have up to and including **September 13, 2006** in order to respond to the Plaintiffs' Requests for Production of Documents and Interrogatory Requests relative to the above matter.

Respectfully submitted,
By attorneys for Plaintiffs,

LAW OFFICES OF CLAUDE LEFEBVRE & SONS

Joseph E. Marran III
Joseph E. Marran, III, Esquire (#3971)
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060 phone
(401) 728-6534 facsimile

Respectfully submitted,
By attorneys for Defendant,

SHECHTMAN HALPERIN SAVAGE, LLP

*/s/ Steven J. DeLuca*
Steven J. DeLuca, Esquire (#4192)
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

Dated: 8/31/06