**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | :<br>: | |
| | : | |
| VS. | : | C.A. No.: 06-0055-ML |
| | : | |
| DOMESTIC BANK | : | |

**ENTRY OF APPEARANCE**

Christopher M. Lefebvre hereby enters his appearance as co-counsel on behalf of the Plaintiffs in the above entitled matter.

/s/Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534
email: Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on September 1, 2006, I electronically filed an Entry of Appearance with the Clerk of the District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Thomas E. Carlotto, Esq. Shechtman, Halperin & Savage, LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None.

/s/Maria J. Ferreira