**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | : | |
| VS. | : | C.A. No.: 06-0055-ML |
| DOMESTIC BANK | : | |

**PLAINTIFFS' OBJECTION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER AS TO PLAINTIFFS' NOTICE OF DEPOSITION**

Now come the Plaintiffs in the above-entitled matter and object for cause to Defendant's motion for a Protective Order limiting the scope of examination of a designee(s) of Domestic Bank. Plaintiffs rely on their memorandum of law in support of this objection which is being filed contemporaneously herewith.

WHEREFORE, Plaintiffs pray that the Motion for Protective Order be denied.

MICHAEL J. SOUZA AND
ELIZABETH SOUZA
By Their Attorneys
CLAUDE LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

/s/ Christopher M. Lefebvre #4019

/s/Joseph E. Marran III #3971
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534
email: Lefeblaw@aol.com

**CERTIFICATION**

I hereby certify that on September 1, 2006, I electronically filed Plaintiffs' Objection to Defendant's Motion for Protective Order as to Plaintiffs' Notice of Deposition with the Clerk of the District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:
Thomas E. Carlotto, Esq. Shechtman, Halperin & Savage, LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None.

/s/Maria J. Ferreira