IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL SOUZA AND )
ELIZABETH SOUZA )
)
VS. ) C.A. No.: 06-55ML
)
DOMESTIC BANK )

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Now come the Plaintiffs and the Defendant in the above-entitled matter and move for good cause, pursuant to Rule 6 of the Federal Rules of Civil Procedure to extend the Discovery deadline from September 29, 2006 to November 15, 2006. Plaintiffs and Defendant state for cause that Defendant has filed a motion for protective order in response to Plaintiffs' Notice of Deposition to Defendant which is set down for hearing on September 20, 2006 and the parties will need the additional time within which to conduct Discovery. Neither party will be pre-judiced by the granting of this motion.

WHEREFORE, Plaintiffs and Defendant pray for an Order of this Honorable Court granting this joint motion for an extension of time up to and including November 15, 2006 within which to complete Discovery.

DOMESTIC BANK
By Its Attorneys
SHECHTMAN HALPERIN SAVAGE, LLP

/s/ Steven J. DeLuca, Esq. #4192
1080 Main StreePawtucket, RI 02860
Tel. (401) 272-1400
Fax. (401) 272-1403

MICHAEL J. SOUZA AND
ELIZABETH SOUZA
By Their Attorneys
CLAUDE LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C
s/ Christopher M. Lefebvre #4019
/s/ Joseph E. Marran III #3971
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

**CERTIFICATION**

I hereby certify that on September 14, 2006, I electronically filed the within MOTION with the Clerk of the District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:
Thomas E. Carlotto, Esq. Shechtman, Halperin & Savage, LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None.

/s/Maria J. Ferreira