IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**RE-NOTICE OF DEPOSITION OF MICHAEL SOUZA**

**TO:** **Michael Souza**
**Via his attorney,**
**Joseph E. Marran, III, Esquire**
**Law Offices of Claude Lefebvre & Sons**
**P.O. Box 479**
**Pawtucket, RI 02862**

Pursuant to F. R. Civ. P. 26 and 30 the Defendant, Domestic Bank, by their attorneys, will take the deposition upon oral examination of **Michael Souza,** before a notary public or other person authorized to administer oaths at **10:00 a.m. on October 12, 2006** at the offices of SHECHTMAN HALPERIN SAVAGE, LLP, 1080 Main Street, Pawtucket, Rhode Island.

The deposition will be stenographically recorded and will continue from day to day until completed.

Counsel for Plaintiffs are invited to attend and cross-examine.

Defendant,
DOMESTIC BANK

By its Attorneys,

_/s/ Steven J. DeLuca_
Steven DeLuca, Esquire #4192
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

Dated: September 27, 2006

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing Re-Notice of Deposition was served via electronic mail, this 27th day of September, 2006 to the following counsel of record:

Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

_/s/ Steven J. DeLuca_