IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**DEFENDANT, DOMESTIC BANK'S MOTION TO COMPEL PLAINTIFF, MICHAEL SOUZA'S ANSWERS TO INTERROGATORIES**

Defendant, Domestic Bank (hereinafter "Defendant') hereby moves this Court for an order compelling Plaintiff, Michael Souza, (hereinafter "Plaintiff") to respond to Defendant's First Set of Interrogatories. As grounds for this Motion, Defendant states:

1. Defendant served its First Set of Interrogatories upon Plaintiff, Michael Souza on or about August 7, 2006;
2. Plaintiff's Answers to Interrogatories were due to Defendant on or about September 6, 2006;
3. On or about September 11, 2006, both parties filed a Stipulation allowing an extension of time within which to respond to the mutual discovery requests causing Plaintiff's Answers to Interrogatories to be due to Defendant by September 20, 2006;
4. On or about September 29, 2006 both parties filed a Stipulation allowing an additional extension of time within which to respond to the mutual discovery requests causing Plaintiff's Answers to Interrogatories to be due to Defendant by October 4, 2006;
5. To date, Defendant has not received Plaintiff's Answers to Defendant's First Set of Interrogatories.

WHEREFORE, Defendant requests that the Court grant the within Motion and Compel Plaintiff, Michael Souza to answer Defendant's Interrogatories within twenty (20) days of the granting of this Motion

Respectfully submitted,
Defendant,
DOMESTIC BANK
By its attorneys:

*/s/ Steven J. DeLuca*
Gini Spaziano, Esquire, #5020
Steven J. DeLuca, Esquire #4192
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

Dated: October 16, 2006

## NOTICE OF HEARING

PLEASE TAKE NOTICE that this Motion shall be called for hearing on **October ___, 2006 at 9:30 a.m.** in the Unite States District Court for the District of Rhode Island, One Exchange Terrace, Providence, Rhode Island, or as soon thereafter as it may be heard.

*/s/ Steven J. DeLuca*
Steven J. DeLuca

## RULE 37(a)(2)(b) CERTIFICATION

I certify that I have in good faith conferred to no avail with the Plaintiffs' counsel, Joseph E. Marran, III, Esq. in an effort to secure the responses without the necessity of court action.

*/s/ Steven J. DeLuca*
Steven J. DeLuca

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that on this 16th day of October, 2006, a true copy of the within Motion to Compel was served via electronic mail and/or first class mail, postage prepaid to the following counsel of record:

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

*/s/ Steven J. DeLuca*