IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND ELIZABETH SOUZA | : | |
| | : | |
| VS. | : | CA. No. 0655 ML |
| | : | |
| DOMESTIC BANK | : | |

**APPLICATION FOR WITHDRAWAL OF MOTION TO COMPEL PLAINTIFF, MICHAEL SOUZA'S ANSWERS TO INTERROGATORIES**

The Defendant, Domestic Bank, the moving party in the Motion to Compel Plaintiff, Michael Souza's Answers to Interrogatories filed with this Court on October 16, 2006, hereby gives notice that the Motion is withdrawn. In support thereof, the Defendant states that the Plaintiff has complied with the discovery request.

Respectfully submitted,
Defendant,
DOMESTIC BANK
By its attorneys:

*/s/ Steven J. DeLuca*
Steven J. DeLuca, Esquire (#4192)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

Dated: October 19, 2006

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing Defendant's Application for Withdrawal of Motion to Compel was served via electronic mail and/or regular mail this 19th day of October, 2006 to the following counsel of record:

Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

***/s/ Steven J. DeLuca***