IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | : | |
| | : | |
| VS. | : | CA. No. 0655 ML |
| | : | |
| DOMESTIC BANK | : | |

**RE-NOTICE OF DEPOSITION OF ELIZABETH SOUZA**

**TO:** **Elizabeth Souza**
**Via her attorney,**
**Joseph E. Marran, III, Esquire**
**Law Offices of Claude Lefebvre & Sons**
**P.O. Box 479**
**Pawtucket, RI 02862**

Pursuant to F. R. Civ. P. 26 and 30 the Defendant, Domestic Bank, by their attorneys, will take the deposition upon oral examination of **Elizabeth Souza,** before a notary public or other person authorized to administer oaths at **12:00 p.m. on November 8, 2006** at the offices of SHECHTMAN HALPERIN SAVAGE, LLP, 1080 Main Street, Pawtucket, Rhode Island.

The deposition will be stenographically recorded and will continue from day to day until completed.

Counsel for Plaintiffs are invited to attend and cross-examine.

Defendant,
DOMESTIC BANK

By its Attorneys,

*/s/ Steven J. DeLuca*
Steven DeLuca, Esquire #4192
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

Dated: October 20, 2006

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing Re-Notice of Deposition was served via electronic mail, this 20th day of October, 2006 to the following counsel of record:

Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

*/s/ Steven J. DeLuca*