IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | ) | |
| | ) | |
| VS. | ) | C.A. No.: 06-55ML |
| | ) | |
| DOMESTIC BANK | ) | |

**PLAINTIFFS' MOTION TO EXTEND DISCOVERY DEADLINE**

Now come the Plaintiffs in the above-entitled matter and move for good cause, pursuant to Rule 6 of the Federal Rules of Civil Procedure to extend the Discovery deadline from November 15, 2006 to December 15, 2006. Plaintiffs state for cause that Defendant and Plaintiffs have answered the opposing parties' respective interrogatories including the identification of expert witnesses, trial witnesses and documents to be introduced as evidence at trial as "unknown at this time" and the respective parties reserved the right to supplement the answers in accordance with Fed. R. Civ. P. 26 and the Scheduling Order of the Court. Depending upon the identification of said persons and documents, Plaintiffs may need additional time within which to conduct Discovery.

Furthermore, Plaintiffs propounded a Second Request for Production of Documents on November 10, 2006 requesting relevant and material documents needed for the prosecution of their case but not cited on Plaintiffs' First Request for Production of Documents because of oversight and misnomer in citing the appropriate statute by Plaintiffs' attorney. Plaintiffs need additional time within with to conduct the Discovery. Neither party would be prejudiced by the granting of this motion.

WHEREFORE, Plaintiffs pray for an Order of this Honorable Court granting this motion for an extension of time up to and including December 15, 2006 within which to complete Discovery.

MICHAEL J. SOUZA AND
ELIZABETH SOUZA
By Their Attorneys
CLAUDE LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C
s/ Christopher M. Lefebvre #4019
/s/ Joseph E. Marran III #3971
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

## CERTIFICATION

I hereby certify that on November 10, 2006, I electronically filed the within MOTION with the Clerk of the District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Steven J. DeLuca, Esq. Shechtman, Halperin & Savage, LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None.

/s/Maria J. Ferreira