**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | ) ) ) | |
| VS. | ) | C.A. No.: 06-55ML |
| DOMESTIC BANK | ) ) | |

**NOTICE OF DEPOSITION OF LEONARD GUGLIELMINO**

**TO:** **Domestic Bank**
**Via Its Attorneys**
**Steven J. DeLuca, Esq.**
**Shechtman Halperin Savage, LLP**
**1080 Main Street**
**Pawtucket, RI 02860**
**(401) 272-1400**

Pursuant to F. R. Civ. P. 26 and 30 the Plaintiffs, Michael Souza and Elizabeth Souza, by their attorneys, will take the deposition upon oral examination of **Leonard Guglielmino, review appraiser of Domestic Bank**, before a notary public or other person authorized to administer oaths at **12:00 P.M. on Wednesday, November 15, 2006** at the offices of Claude Lefebvre, Christopher M. Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island.

The deposition will be stenographically recorded and will continue from day to day until completed.

Counsel for Defendant is invited to attend and cross-examine.

Dated : November 10, 2006

cc: GPS 11/13/06
SJD
Client (via email)

ALL-STATE LEGAL®
EXHIBIT
B

MICHAEL J. SOUZA AND
ELIZABETH SOUZA
By Their Attorneys
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

Joseph E. Marran III #3971
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

CERTIFICATION

I hereby certify that on the 10th day of November, 2006 I did send a copy of the within NOTICE OF DEPOSITION by facsimile and regular mail, postage prepaid, to Steven J. DeLuca, Esq., Shechtman, Halperin & Savage, LLP, 86 Weybosset St., Providence, RI 02903 and Allied Court Reporters, 115 Phenix Ave., Cranston, RI 02920.