IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**DEFENDANT, DOMESTIC BANK'S MOTION FOR PROTECTIVE ORDER AS TO PLAINTIFFS' SECOND RULE 30(a) NOTICES OF DEPOSITION OF MICHAEL S. ALMEIDA, LEONARD GUGLIELMINO AND NATHANIEL BAKER SCHEDULED FOR NOVEMBER 29, 2006**

Pursuant to F. R. Civ. P. 16 (b) and 26(c), Defendant, Domestic Bank ("Domestic") hereby seeks a protective order as to the Plaintiffs' second Rule 30(a) Notices of Deposition of Michael S. Almeida, Leonard Guglielmino and Nathaniel Baker. The Depositions, originally attempted to be scheduled and noticed for November 15, 2006, have now been re-scheduled and re-noticed for November 29, 2006. In support of same Domestic states the following:

1. Pursuant to Rule 16(b) the Court had originally set a discovery deadline of September 29, 2006;
2. That on September 15, 2006 the parties filed a joint motion to extent the discovery deadline to November 15, 2006;
3. That said motion was granted by Judge Mary Lisi on or about September 15, 2006;
4. That Plaintiff, on Friday, November 10, 2006, in the late afternoon, faxed copies of notices to depose the same individuals referenced herein, for November 15, 2006;

5. That Defense counsel has already filed a motion for protective order as to those November 10, 2006 notices on the basis that same did not provide "reasonable" notice as required under Rule 30(b), given that they were provided to Defense counsel just two business days before the scheduled depositions on November 15, 2006;

6. That the 30(a) Deposition "re-notices" for November 29, 2006 were received by Defense counsel on November 16, 2006 by fax at 12:44PM. See, Exhibits A, B and C attached hereto;

7. That as of the date and time of receipt of the second notices, the new agreed upon discovery deadline of November 15, 2006 was still (and still is) in effect;

8. That accordingly, the second Rule 30(a) depositions, faxed on November 16, 2006 and re-scheduled for November 29, 2006 are late as to the time of providing said "re-notice" and are late as to the proposed deposition date, since November 15, 2006 discovery deadline is still in effect;

9. As such, the new notices are in violation of the Court's Rule 16 discovery order and should be stricken.

WHEREFORE, the Defendant requests that the Court enforce the discovery deadline of November 15, 2006 and accordingly preclude the Plaintiffs from conducting the depositions of the aforementioned witnesses on November 29, 2006.

Respectfully submitted,
By attorneys for Defendant,

DOMESTIC BANK,

SHECHTMAN HALPERIN SAVAGE, LLP

/s/ Steven J. DeLuca
Steven J. DeLuca, Esquire (#4192)
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

Dated: November 16, 2006

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing Motion was furnished via electronic mail this 16th day of November, 2006 to the following counsel of record:

Christopher M. Lefebvre, Esquire
Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

/s/Steven J. DeLuca