**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | ) | |
| VS. | ) | C.A. No.: 06-55ML |
| DOMESTIC BANK | ) | |

**NOTICE OF DEPOSITION OF MICHAEL S. ALMEIDA**

**TO:** **Domestic Bank**
**Via Its Attorneys**
**Steven J. DeLuca, Esq.**
**Shechtman Halperin Savage, LLP**
**1080 Main Street**
**Pawtucket, RI 02860**
**(401) 272-1400**

Pursuant to F. R. Civ. P. 26 and 30 the Plaintiffs, Michael Souza and Elizabeth Souza, by their attorneys, will take the deposition upon oral examination of **Michael S. Almeida, Senior Loan Officer of Domestic Bank**, before a notary public or other person authorized to administer oaths at **10:00 A.M. on Wednesday, November 29, 2006** at the offices of Claude Lefebvre, Christopher M. Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island.

The deposition will be stenographically recorded and will continue from day to day until completed.

Dated : November 15, 2006

cc: GPS 11/16/06
SJD
client (via email)

EXHIBIT
ALL-STATE LEGAL®
A

MICHAEL J. SOUZA AND
ELIZABETH SOUZA
By Their Attorneys
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

Joseph E. Marran III #3971
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

CERTIFICATION

I hereby certify that on the 15th day of November, 2006 I did send a copy of the within RENOTICE OF DEPOSITION by regular mail, postage prepaid, to Steven J. DeLuca, Esq., Shechtman, Halperin & Savage, LLP, 1080 Main St., Pawtucket, RI 02860 and Allied Court Reporters, 115 Phenix Ave., Cranston, RI 02920.