IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND | ) | |
| ELIZABETH SOUZA | ) | |
| | ) | |
| VS. | ) | C.A. No.: 06-55ML |
| | ) | |
| DOMESTIC BANK | ) | |

**PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE REPLY TO DEFENDANT'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Now come the Plaintiffs in the above-entitled matter and move for an Order of this Honorable Court compelling Defendant to file a more responsive reply to Plaintiffs' Second Request for Production of Documents. In support hereof, Plaintiffs submit as follows:

1. On or about November 10, 2006, a time within the Discovery deadline previously set by this Honorable Court, Plaintiffs propounded a second request for production of documents to Defendant. The document requested the production of certain documents relative to Defendant's training, internal procedures and disclosures used to ensure compliance with the Fair Credit Reporting Act.

2. If such documents exist, it would be a simple ministerial act for Defendant to produce them.

3. The requested documents are relevant and material to Plaintiffs' Complaint which alleges violation of the Fair Credit Reporting Act.

WHEREFORE, Plaintiffs request that the Court grant the within Motion to Compel Defendant to file a more responsive reply to Plaintiffs' Second Request for Production of Documents within twenty (20) days of the granting of this Motion.

**Rule 37(a) CERTIFICATION**

I hereby certify that prior to the filing of the within motion I attempted in good faith to confer with Defendant's attorney in an effort to secure the requested documents without court action.

MICHAEL J. SOUZA AND
ELIZABETH SOUZA
By Their Attorneys
CLAUDE LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C
s/ Christopher M. Lefebvre #4019
/s/ Joseph E. Marran III #3971
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

**CERTIFICATION**

I hereby certify that on November 22, 2006, I electronically filed the within MOTION with the Clerk of the District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Steven J. DeLuca, Esq. Shechtman, Halperin & Savage, LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None.

/s/Maria J. Ferreira