IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL SOUZA AND ELIZABETH SOUZA :
:
VS. : CA. No. 0655 ML
:
DOMESTIC BANK :

**DEFENDANT, DOMESTIC BANK'S, MOTION TO ENLARGE TIME**

Defendant, Domestic Bank (hereinafter "Defendant") pursuant to Fed. R. Civ. Proc. Rule 16(b) hereby moves this Court for an order enlarging the time within which the parties have to file all motions, including dispositive motions and the time within which the parties have to submit their pre-trial memoranda. In support thereof, the Defendant states:

1. On November 27, 2006 the matter was before the Court on the Defendant's motions for a protective order and the Plaintiffs' motion to extend the discovery deadline from November 15, 2006 to December 15, 2006;

2. After a hearing the Court granted, in part, the Plaintiffs' leave as to the discovery deadline of November 15, 2006 so that they could conduct the depositions of three of the Banks' agents and/or employees, Mr. Almeida, Mr. Guglielmino and Nathaniel Baker;

3. Specifically the Court ordered that said depositions be completed by December 31, 2006; (See "Exhibit A" attached hereto)

4. Plaintiffs' counsel further suggested to the Court on the record that he might have to conduct additional depositions of other Bank employees and/or other witnesses depending on the testimony of the aforementioned witnesses;

5. The day after the hearing, counsel below conferred with his client and advised Plaintiffs' counsel that all three of the aforementioned witnesses would be available to be deposed on December 20, 2006. It is expected that Plaintiffs' counsel will notice the depositions in accordance with said conversation and agreement;

6. As a result of the Court's order the discovery deadline has been "de-facto" extended to at least December 31, 2006, if not further, in the event additional depositions be deemed necessary based on the testimony of the aforementioned parties, upon proper leave of Court to conduct same;

7. Since discovery as a practical matter may not be completed until December 31, 2006, the parties cannot possibly entertain any dispositive or other motions nor submit an accurate and complete pre-trial memorandum until sometime after said date. Accordingly, the parties, including the Defendant, are hereby prejudiced by the current deadlines of November 29, 2006 (as to all motions) and December 18, 2006, (as to pre-trial memoranda).

WHEREFORE, based on the above, the Defendant asserts that "good cause" has been shown pursuant to Rule 16(b) and accordingly requests that the Court extend the deadline for all motions (including but not limited to dispositive motions) to be filed within two weeks after December 31, 2006 or by January 15, 2007 and extend the due date for all pre-trial memorandum by two weeks thereafter or by January 29, 2007.

Respectfully submitted,

Defendant,
DOMESTIC BANK
By its attorneys:

*/s/ Steven J. DeLuca*
Gini Spaziano, Esquire, #5020
Steven J. DeLuca, Esquire #4192
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

Dated: November 29, 2006

## NOTICE OF HEARING

PLEASE TAKE NOTICE that this Motion shall be called for hearing on **December____, 2006 at 9:30 a.m.** in the Unite States District Court for the District of Rhode Island, One Exchange Terrace, Providence, Rhode Island, or as soon thereafter as it may be heard.

*/s/ Steven J. DeLuca*
Steven J. DeLuca

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that on this 29th day of November, 2006, a true copy of the within Motion to Enlarge Time was served via electronic mail to the following counsel of record:

Christopher M. Lefebvre
Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

*/s/ Steven J. DeLuca*