IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO PLAINTIFFS' INTERROGATORIES**

Defendant, Domestic Bank, hereby objects to Plaintiffs' Motion to Compel More Responsive Answers to Plaintiffs' Interrogatories dated August 3, 2006.

Respectfully submitted,
By attorneys for Defendant,

DOMESTIC BANK,

SHECHTMAN HALPERIN SAVAGE, LLP

*/s/ Steven J. DeLuca*
Steven J. DeLuca, Esquire (#4192)
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

Dated: December 1, 2006

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing Objection was furnished via electronic mail this 4th day of December, 2006 to the following counsel of record:

Christopher M. Lefebvre, Esquire
Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

*/s/Steven J. DeLuca*