IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**<u>DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE REPLIES TO PLAINITFFS' SECOND REQUEST FOR PRODUCTION</u>**

Defendant, Domestic Bank, hereby objects to the Plaintiffs' motion to compel more responsive replies to the plaintiffs' second request for production dated November 10, 2006. As grounds therefore, Domestic Bank asserts the following:

That the discovery request of the plaintiff (attached hereto as Exhibit 1) requests the production of documents relating to the "Fair Credit Reporting Act," 15 USCS Section 1681. The plaintiffs have only raised alleged technical violations of the Equal Credit Opportunity Act, 15 USC 1691 in their complaint. No credit was extended to the plaintiffs in this matter. Moreover, the "Fair Credit Reporting Act" relates only to the obligations of credit reporting agencies and not to Banks. <u>Tokarz v. Frontier Federal Sav. & Loan Association</u> 33 Wash. App 456, 656 P.2d 1089 (1982). As such the plaintiffs' second request seeks materials which are irrelevant, immaterial and not likely to lead to the discovery of admissible evidence. The defendant further incorporates by reference its

previously asserted objection to the plaintiffs' second request which was filed with the Court on November 15, 2006. (attached hereto as Exhibit 2.)

WHEREFORE, the Defendant requests that the Court deny the Plaintiffs' Motion to Compel.

Respectfully submitted,

By attorneys for Defendant,

DOMESTIC BANK,

SHECHTMAN HALPERIN SAVAGE, LLP

*/s/ Steven J. DeLuca*
Steven J. DeLuca, Esquire (#4192)
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

Dated: December 1, 2006

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing Objection was furnished via electronic mail this ____ day of December, 2006 to the following counsel of record:

Christopher M. Lefebvre, Esquire
Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

*/s/Steven J. DeLuca*