COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | ) | |
| | ) | |
| VS. | ) | C.A. No.: 06-55ML |
| | ) | |
| DOMESTIC BANK | ) | |

**PLAINTIFFS' SECOND REQUEST FOR PRODUCTION AND/OR INSPECTION OF DOCUMENTS PROPOUNDED TO DEFENDANT**

Now come the Plaintiffs in the above-entitled matter and, pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby request the Defendant to produce and/or allow Plaintiffs' counsel to inspect and/or copy at the law offices of Claude F. Lefebvre, Christopher M. Lefebvre, P.C., Two Dexter Street, Pawtucket, Rhode Island 02860, within thirty (30) days hereof the following:

(1) All documents relating to any internal inspection procedures Defendant used at the time of the Plaintiffs' consumer loan application with Defendant:
(a) to insure that Defendant's employees were complying with the Fair Credit Reporting Act;
(b) to apprise Defendant of possible violations of the Fair Credit Reporting Act.

(2) All documents prepared in connection with or relating to all actions taken by any person acting on Defendant's behalf to ensure Defendant's compliance with the Fair Credit Reporting Act relative to Plaintiffs' consumer loan application with Defendant.

(3) All documents containing or relating to any Fair Credit Reporting Act disclosures provided to Plaintiffs relative to their consumer loan application with Defendant.

(4) All documents prepared in connection with or relating to any actions Defendant took to ensure that Plaintiffs were provided with Fair Credit Reporting Act disclosures in the transactions.

MICHAEL J. SOUZA AND
ELIZABETH SOUZA
By Their Attorneys
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

received 11/14/06

Joseph E. Marran III/#3971
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

CERTIFICATION

I hereby certify that on the 10th day of November, 2006 I did send a copy of the within REQUEST FOR PRODUCTION by facsimile and regular mail, postage prepaid, to Steven J. DeLuca, Esq., Shechtman, Halperin & Savage, LLP, 1080 Main St., Pawtucket, RI 02860.