IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND | ) | |
| ELIZABETH SOUZA | ) | |
| | ) | |
| VS. | ) | C.A. No.: 06-55ML |
| | ) | |
| DOMESTIC BANK | ) | |

**PLAINTIFFS' APPLICATION TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE REPLY TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION AND/OR INSPECTION OF DOCUMENTS**

The Plaintiffs, Michael Souza and Elizabeth Souza, the moving parties in the Motion to Compel Defendant's More Responsive Reply To Plaintiffs' Second Request for Production and/or Inspection of Documents filed with this Honorable Court on November 22, 2006, hereby give notice that the Motion is withdrawn for cause.

MICHAEL J. SOUZA AND
ELIZABETH SOUZA
By Their Attorneys
CLAUDE LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C
s/ Christopher M. Lefebvre #4019
/s/ Joseph E. Marran III #3971
P.O. Box 479
Pawtucket, RI 02862
Tel. (401) 728-6060
Fax. (401) 728-6534

**CERTIFICATION**

I hereby certify that on December 5, 2006, I electronically filed the within document with the Clerk of the District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:
Steven J. DeLuca, Esq. Shechtman, Halperin & Savage, LLP; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None.

/s/Christopher M. Lefebvre