UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL SOUZA and ELIZABETH SOUZA | : <br> : <br> : |
| v. | :    C.A. No. 06-55ML <br> : |
| DOMESTIC BANK | : |

**ORDER**

This matter came on for hearing on December 28, 2006 on Plaintiffs' Motions to Compel More Responsive Reply to Request for Production of Documents (Document No. 34) and to Compel More Responsive Answers to Plaintiffs' Interrogatories (Document No. 33).  After considering the arguments of counsel and for the reasons stated at the hearing, it is hereby

**ORDERED:**

1.     Plaintiffs' Motion (Document No. 34) is GRANTED in part as to Request for Production No. 7.  Defendant shall, within fourteen days of the date of this Order, supplement its response limited to responsive documents which relate to the loan program under which Plaintiffs' application was processed, i.e., the so-called "portfolio" or "second chance" loan program.

2.     Plaintiffs' Motion (Document No. 33) is GRANTED as to Interrogatories 7 and 8 in view of Defendants' agreement to supplement its responses as to those interrogatories.  As to Interrogatory No. 22, Plaintiffs' Motion is GRANTED in part limited to the loan program under which Plaintiffs' application was processed, i.e., the so-called "portfolio" or "second chance" loan program.  Defendant shall supplement its responses to Interrogatories 7, 8 and 22 within fourteen days of the date of this Order.

3.     Defendant may propose an appropriate confidentiality order to Plaintiffs in connection with the production of any responsive business documents.  If the parties are unable to agree on such confidentiality order after conferring in good faith, Defendant may submit a proposed confidentiality order to the Court pursuant to Local Rule Civil 7.1(b).

4.     Plaintiffs' Motions are otherwise DENIED.


  /s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
December 28, 2006