IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**AFFIDAVIT OF H. JEFFREY BAKER**

I, H. Jeffrey Baker, Executive Vice-President of Domestic Bank, being duly sworn, depose and say:

1. I am the Executive Vice-President of Domestic Bank and have been so employed for the past several years. I have been employed by the Bank for over 20 years.

2. Diann Jenkins has been the Vice–President of Compliance for the Bank since 1992.

3. As such she has the sole responsibility for the Bank in answering any compliance issues and in keeping and being intimately familiar with any and all polices and procedures of the Bank with respect to all of the Bank's loan programs, including but not limited to the " Second Chance" or " Portfolio" loan programs offered by Domestic.

4. Ms. Jenkins has been primarily responsible for answering and otherwise providing written discovery replies to the Sousa's discovery requests in the above captioned matter.

5. Upon information and belief and after speaking with the Banks' counsel, I understand that there is an Order from the Court to provide supplemental written discovery regarding the "Second Chance" or "Portfolio" loan program of the Bank and that said supplemental replies are due on January 11, 2007.

6. Ms. Jenkins would be the sole person within the Bank to accurately and fully respond to the supplementary discovery Order of the Court.

7. Ms. Jenkins has been out of work due to a medical illness since December 9, 2006 through and including January 8, 2007, as she contracted pneumonia.

8. In her period of absence she has only been to work a handful of times for very short periods to primarily check on her mail. She has otherwise not been available to assist the Banks' counsel during said time frame concerning this matter.

9. Ms. Jenkins has many job responsibilities and is beginning to catch up on same since her return to work on January 8, 2007.

10. Given the back log stemming from her medical leave it would now be virtually impossible for Ms. Jenkins to comply in good faith and in a complete manner with the Court's deadline of January 11, 2007 concerning the supplemental discovery owed to the Plaintiffs.

11. Under the circumstances an extension of time would seem appropriate.

Signed under penalties of perjury on January 10, 2007 in the City of Cranston, County of Providence.

**Affiant:** ______________________
H. Jeffrey Baker, Executive Vice- President
Domestic Bank

Sworn and subscribed to before me on January 10, 2007 in the City of Cranston, County of Providence.

**Notary Public:** ______________________

My Commission Expires:

OFFICIAL SEAL
CAROL BOTELHO
NOTARY PUBLIC - RHODE ISLAND
My Commission Expires 4-18-2010