UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA and ELIZABETH SOUZA | : | |
| v. | : | C.A. No. 06-55ML |
| DOMESTIC BANK | : | |

**ORDER**

This case was before this Court on November 27, 2006 for argument on three discovery motions. These motions were referred to this Court for determination. 28 U.S.C. § 636(b)(1)(A); LR Cv 72. For the reasons stated at today's hearing, these motions are resolved as follows:

1. Plaintiffs' Motion to Extend Discovery Deadline (Document No. 26) – The Motion is DENIED. Discovery closed on November 15, 2006 and remains closed. Plaintiffs are, however, granted leave to conduct three depositions (Michael S. Almeida, Leonard Guglielmino and Nathaniel Baker) which were noticed prior to the close of discovery. Such depositions shall be promptly scheduled for mutually convenient date(s) and times and shall be completed by December 31, 2006.

2. Defendant's Motion for Protective Order (Document No. 29) – DENIED as moot.

3. Defendant's Second Motion for Protective Order (Document No. 30) – GRANTED as to the November 29, 2006 deposition dates. However, as noted above, Plaintiff has been granted leave to depose these three individuals by December 31, 2006.

So Ordered.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
November 27, 2006

cc: GPS 11/27/06
EJL
Client (via email)