IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND<br>ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**DEFENDANT, DOMESTIC BANK'S, EMERGENCY MOTION TO ENLARGE TIME**

Defendant, Domestic Bank (hereinafter "Defendant") pursuant to Fed. R. Civ. Proc. Rule 16(b) hereby moves this Court for an order enlarging the time within which it has to provide supplemental discovery as ordered by the Court on December 28, 2006 and on or about January 10, 2007. Specifically the Defendant asks that the Court grant it another week or up to and including February 1, 2007 in which to provide the supplemental discovery.

In support thereof, the Defendant states that the sole person responsible for providing supplemental discovery for the Bank, Ms. Diann Jenkins, Vice President-Compliance, has recently returned to work after a month long illness. Ms. Jenkins has been preoccupied with completing other work duties, has had to meet with regulatory officials, and has had to conduct training seminars within the last two (2) weeks, and as a result she has not had time to properly and completely respond to the supplemental discovery order.

WHEREFORE, based on the above the Defendant asserts that "good cause" has been shown pursuant to Rule 16(b) and accordingly requests that the Court extend the

deadline to provide supplemental written discovery to February 1, 2007. Neither party would be prejudice thereby.

Respectfully submitted,

Defendant,
DOMESTIC BANK
By its attorneys:

*/s/ Steven J. DeLuca*
Gini Spaziano, Esquire, #5020
Steven J. DeLuca, Esquire #4192
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

Dated: January 25, 2007

## NOTICE OF HEARING

PLEASE TAKE NOTICE that this Motion shall be called for hearing on January **, 2007 at 9:30 a.m.** in the Unite States District Court for the District of Rhode Island, One Exchange Terrace, Providence, Rhode Island, or as soon thereafter as it may be heard.

*/s/ Steven J. DeLuca*
Steven J. DeLuca

## CERTIFICATE OF SERVICE

***I HEREBY CERTIFY*** that on this 25th day of January, 2007, a true copy of the within Motion to Enlarge Time was served via electronic mail to the following counsel of record:

Christopher M. Lefebvre
Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

*/s/ Steven J. DeLuca*