IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**ENTRY and WITHDRAWAL OF APPEARANCE ON BEHALF OF DEFENDANT**

Dean J. Wagner, Esquire, hereby enters his appearance on behalf of the Defendant in the above-captioned action.

Simultaneously herewith, Steven J. DeLuca, Esquire hereby withdraws his appearance on behalf of the Defendant.

**Please direct all future communication, on behalf of the Defendant, to Attorney Dean J. Wagner, Esquire, Shechtman Halperin Savage, LLP, 1080 Main Street, Pawtucket, Rhode Island 02860.**

**APPEARANCE:**

*/s/ Dean J. Wagner*
Dean J. Wagner, Esquire (#5426)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

**WITHDRAWAL:**

*/s/ Steven J. DeLuca*
Steven J. DeLuca (#4192)
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile

Dated: March 14, 2007

**CERTIFICATE OF SERVICE**

***I HEREBY CERTIFY*** that a true and correct copy of the foregoing Entry/Withdrawal of Appearance was furnished via electronic mail this 14th day of March 2007 to the following counsel of record:

Christopher M. Lefebvre, Esquire
Joseph E. Marran, III, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

***/s/ Dean J. Wagner***