that Defendant's "... Statement of Credit Denial, Termination, or Change violated 15 U.S.C. § 1691(d)(2) and (3) in that it misrepresented the actual reasons for the denial of Plaintiffs' loan application."

Answer 12. See answer to interrogatory (3). Also, the Statement of Credit Denial, Termination, or Change, a copy of which is provided with Plaintiffs' Production of Documents, misrepresented the actual reasons for the denial of the loan application.

13. Describe in detail all facts in support of your claim in Paragraph 19 of the Complaint that "Domestic misrepresented itself maliciously, oppressively or in reckless disregard of the law... ."

Answer 13. See answer to interrogatory (3)

14. State the basis for your allegations that Domestic violated the Equal Credit Opportunity Act. 15 U.S.C. § 1691.

Answer 14. See answer to interrogatory (15).

15. Identify with particularity the damages that you allege you incurred, the cause of the alleged damages and the manner in which you calculated those damages.

Answer 15. Federal law requires a creditor to notify a credit applicant within thirty days after receipt of a completed application for credit of its action on the application. Domestic Bank violated that law entitling us to statutory damages up to $10,000.00. Also, Domestic Bank misrepresented the actual reasons for the denial of the loan application in violation of the law. Domestic Bank's actions were done wantonly, maliciously, oppressively or in reckless disregard of the requirements of the law and we are entitled to an award of punitive damages.

Due to the fact that Domestic Bank cancelled the refinance, we were left with no option but to place our home on the market at a reduced price to make a quick sale. By not receiving

the loan and the realization that the juggling both the mortgage and the Chapter 13 payments quickly became overwhelming and caused me to lose focus at work including focus on my job duties. It also placed me into a state of depression that I do not wish on anyone. The stress of this put me and my wife into a constant state of arguments to the point that we did not speak for close to a month and we had to move our daughter, then age 8, and ourselves into a rental home temporarily, away from all of her friends and she did not understand why.

16. Identify all documents which you intend to introduce at a trial on this matter.

Answer 16. It has not yet been determined which will be introduced at a trial of this matter. This answer will be supplemented when that determination is made.

17. Please identify any and all witnesses you expect to call at trial including their name, address, occupation, and the nature and substance of their expected testimony.

Answer 17. Myself and my wife Elizabeth Souza, 56 Sherman Avenue, Bristol, Rhode Island will testify as to our dealings with Domestic Bank as detailed in answer to interrogatory (3) and the rest of the answers. Attorney Peter Iascone, will testify regarding his representation of us in the bankruptcy court, specifically as it involved our loan application with Domestic Bank and his dealings with Domestic Bank.

18. Please identify any and all expert witnesses you intend to call at trial, including as to each person identified, the nature of their specialization. For each such person, please state in detail the substance and facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion of each such expert.

Answer 18. At the present time I do not intend to call any expert witnesses at trial. This answer will be supplemented if it is determined that an expert witness will be called at trial

19. Identify all documents that you referred to, reviewed, consulted, or relied upon in