Answer 14. See answer to interrogatory (15).

15. Identify with particularity the damages that you allege you incurred, the cause of the alleged damages and the manner in which you calculated those damages.

Answer 15. Federal law requires a creditor to notify a credit applicant within thirty days after receipt of a completed application for credit of its action on the application. Domestic Bank violated that law entitling us to statutory damages up to $10,000.00. Also, Domestic Bank misrepresented the actual reasons for the denial of the loan application in violation of the law. Domestic Bank's actions were done wantonly, maliciously, oppressively or in reckless disregard of the requirements of the law and we are entitled to an award of punitive damages.

They wasted our time and that of the bankruptcy court by providing us with a commitment letter and did not follow through. We put our home on the market immediately after not receiving the loan to pay off the Chapter 13 bankruptcy and get out of bankruptcy. We had to move our daughter, then age 8, and ourselves into a rental home temporarily, and the emotional distress was unbearable. I almost caused our marriage to end, put stress on our daughter and caused me to become physically ill. I developed a heart murmur from the stress and my husband went into depression.

16. Identify all documents which you intend to introduce at a trial on this matter.

Answer 16. It has not yet been determined which documents will be introduced at a trial of this matter. This answer will be supplemented when that determination is made.

17. Please identify any and all witnesses you expect to call at trial including their name, address, occupation, and the nature and substance of their expected testimony.

Answer 17. Myself and my husband Michael Souza, 56 Sherman Avenue, Bristol, Rhode Island will testify as to our dealings with Domestic Bank as detailed in answer to interrogatory