Page 62

Q. If the bank came up with that information, obviously, they would have to extend you more -- a higher loan amount in order to pay off the Chapter 13 debt; correct?
MR. MARRAN: Objection.
A. I don't know. It was never talked about with me.
Q. Well, whether or not it was talked about with you either by your bankruptcy attorney or any other attorney, would you agree with me that if there was an additional $10,000 that the loan would have to increase?
MR. MARRAN: Objection
(OFF THE RECORD)
Q. Would you agree with me on that?
A. I don't know if I would agree with you on that. I don't recall the details of those figures and the discussions. I couldn't make an accurate statement on that either way.
Q. Let me ask you this way. If the lending institution found out that there was additional Chapter 13 debt and -- your intent from the get-go with this was to pay off the Chapter 13; correct?
A. Yes.
Q. To avoid foreclosure on the house?

Page 63

A. Right.
Q. To pay off the mortgages?
A. Yes.
Q. So you wouldn't have to go through that; correct?
MR. MARRAN: Objection to the form.
Q. Correct?
A. Yes, to pay it off.
Q. Pay it off. And if they found out additional debt, doesn't that check-off box delinquent credit obligations -- does that accurately reflect that there was, in fact, additional debt that you had to incur?
MR. MARRAN: Objection to that characterization.
A. No, no. I take those as two separate issues.
Q. The permit papers that I showed you on the processing?
A. Yes.
Q. Those were provided on January 8 of '04; correct, to the bank?
A. Yes.
Q. To Ms. Vieira?
A. Correct.
Q. And then you got the letter that's marked as Defendant's J on February 5; correct?

Page 64

A. Yes.
Q. So if you -- if the application by way of completing the permit requirements was completed by January 8, correct, and you got the letter of rejection -- let me finish my question -- by February 5, that would have been 28 days after the completion of the application that you got the notice; correct?
MR. MARRAN: Can I have that question read back for my own benefit?
(PENDING QUESTION READ)
MR. MARRAN: I'm going to object to the form and the assumptions contained in the question.
MR. DELUCA: You can answer.
A. We were not told that that permit was a requirement of the application, and --
Q. I under --
A. -- we were also told -- may I finish, please?
MR. DELUCA: Yes, I'm sorry.
A. We were also told that at the time that we received that note, commitment letter, whatever you want to call it --
Q. The Iascone note?
A. Yes.

Page 65

MR. DELUCA: Okay.
A. That that was our approval, and that they were giving us the green light to move ahead to go to the Bankruptcy Court and have our bankruptcy dismissed, so that we could close on the loan.
MR. DELUCA: Okay. I'm going to move to strike as nonresponsive.
Q. But my question is assuming that the bank required as its normal procedure, its normal course of doing these kinds of loans, that it obtain permit documentation to confirm that work was done properly at the house, and if that information was obtained by the bank from you on January 8 of '04, do you agree with me that the letter of adverse action on the note or loan application dated 2/5 would have come to you within 30 days?
MR. MARRAN: Objection.
A. I'm not going to answer yes or no on the assumption because I was told that was not something we needed for this application.
Q. Based on those facts -- I'm going to ask you to answer it, and if we need to, we'll get a court to intervene to ask you to answer questions. Based on those facts, I understand -- for the record, I understand that she's disagreeing with that

resuscitation of the facts, but based on that hypothetical, would you agree with me that the note of rejection or adverse action by the bank came within 30 days?

MR. MARRAN: I'll object for the record.

MR. DELUCA: You have to answer the question.

MR. MARRAN: Based on your --

MR. DELUCA: Based on my hypothetical --

A. Based on your hypothetical question, I will say yes.

Q. Okay. Now, subsequent to this letter, you followed up -- according to Answers to Interrogatories, you followed up with several other banks; correct?

A. Yes.

Q. To try and avoid foreclosure on the house?

A. Right. We ended up selling the home.

Q. And specifically, I think you listed about four or five different lenders?

A. Yes.

Q. And how did you find out about those lenders?

A. Just out of the paper.



Q. Did you get calls out of the blue concerning those lenders?

A. I don't believe I got calls out of the blue. I may have received some flyers in the mail or something.

Q. So out of all these calls that you got concerning -- either before the Domestic Bank situation or after, you made the calls; correct? And you did the research and found out who to call?

A. Other than Domestic, I always did the research.

Q. Okay. And in Interrogatory Number 20, you identified Lending Tree, Ameriquest, South Mortgage, North Star Mortgage, the Mortgage Store and others. So there's at least five that you contacted after the situation?

A. Right. Right, and we sold the house pretty much immediately after that situation.

Q. And Domestic was the only bank that came out and solicited you out of the now 15 or so other inquiries that you made?

A. That solicited me by phone call, yes.

Q. And as to those subsequent -- after you received the notice, as to those -- Interrogatory Number 20, as to those lending institutions, did you



provide them with information as to what you needed to pay off the Chapter 13?

A. I don't know how far we got in the process.

Q. Were you ever accepted for a loan from any of those institutions?

A. If I was, I wouldn't have sold my house.

Q. Okay. So neither of those five nor the eight to ten before the Domestic Bank inquiry did you get any approval for application?

A. No, we did not.

Q. Do you have any documents relative to the subsequent inquiries that you made as identified in Number 20?

A. I don't have anything.

Q. Was, in fact, work done to your home in 1999 and 1998 to make additions to the rear kitchen area?

A. We enlarged two rooms, yes.

Q. Okay. Now, in your Answers to Interrogatories -- let me go back. How soon after the February 5 -- I mean, the February 5 letter would probably be something that would stick in your mind, that you were denied the loan; correct?

A. Yes.

Q. So how soon after that do you recall making phone calls to these other banks after that?



A. It would have been immediately because we put our house on the market in February.

Q. Okay. And how long did you make those calls for, for what period of time, approximately?

A. Maybe about a week.

MR. DELUCA: Okay.

A. I think we knew that it was not going anywhere, so --

Q. Okay. So the seven-month period before you made calls without success, and then about a week or so period after?

A. Right. We had tried prior to Domestic. We thought that was something that was going to work. When that was apparent that that wasn't the case, we --

Q. Tried again?

A. We tried again one last shot, and then sold the house.

Q. And did you make those calls to those institutions in Answer Number 20 from your home?

A. Yes.

Q. Okay. So I guess my question is that even before and after, there was no institution that could provide you with a loan so you could keep your house; correct?

Page 70

MR. MARRAN: Objection to the use of the word "could." It's assuming facts not in evidence.
(NO ANSWER)
Q. You weren't able to secure a loan either before the Domestic situation or after the Domestic situation in order to pay off the debt -- the mortgage debt on the house; correct?
A. Right. We were currently in Chapter 13, and to most of them, being in Chapter 13, that was -- they wouldn't even continue.
(PAUSE)
Q. You had said earlier that you wouldn't have continued the conversation with Dorothy concerning the loan application without receiving some type of -- I guess some type of assurance that you may be eligible for some of their programs; correct?
MR. MARRAN: I'll object to the representation as to that was her exact testimony.
(NO ANSWER)
Q. But she told you -- she kind of told you, according to your prior testimony, that you -- that they had programs to deal with your situation, that you might be able to get a loan from Domestic?

Page 71

A. I told her when she first started to talk to me, because I didn't want to waste either one of our time, that -- after I had gone on the Internet quickly talking to her and established they were, in fact, a real bank, that we were in a unique situation, and I wanted her to know up front we were in a Chapter 13, and she said well, we have programs called the portfolio loan which is put in place to deal with that kind of thing, that it's different than maybe a standard bank, that the owner makes the decision instead of, you know, a certain set of criteria. It's more his personal decision, which is why I continued with her.
Q. And that conversation was the initial conversation; correct?
A. Yes.
Q. Had you contacted -- and that was in November -- from the records, it appears it was roughly around November 25?
A. Around.
Q. Had you continued -- were you continuing with applications with other -- or had you inquired with others?
A. Not after I spoke with her. We just kind of stuck with her throughout.

Page 72

Q. So you had no other conversations with any other bank to try to get out of the Chapter 13 situation -- let me ask you this. Prior to that discussion, you had said that in that 7 month period from May to November, you were continually asking 8 to 10 institutions; correct, about getting financing?
A. Maybe not continually, but it was something we were inquiring on because it was not something we wanted to remain in. We wanted to take care of it as fast as we could.
Q. And before Ms. Vieira had made that statement, were you continuing with or had you given up on financing with other institutions?
A. I think I probably was -- had somewhat given up. We had kind of depleted resources as far as I concerned, and it was the same answer that I was getting from everyone that they didn't deal with a Chapter 13 that was in progress. Had it been dismissed, it was a different story. But it just seemed kind of hopeless to and pointless to keep beating a dead horse. So she had mentioned their program. I don't believe I dealt with anyone else during that time, but it was a long time ago, and I don't really remember if there was any residual

Page 73

conversations from any other company, but they were our -- we focused on them at that time.
Q. Other than her saying that she thought you might -- she didn't give you a definite commitment on that date; correct? She said you had to go through the normal loan application process?
A. Obviously, go through the normal motions.
Q. Okay. And go through the complete loan application process; correct?
A. Right.
Q. Between May and November before you contacted Domestic, did you ever --
A. I didn't contact Domestic.
Q. I'm sorry. The time that you had -- you and Domestic had some contact with each other, had you ever put the house on the market during that time frame from May when you filed Chapter 13 through November?
A. We had put it on the market -- I don't believe so. I don't believe so.
Q. When you say you don't believe so, is it possible that you did put it on the market sometime between May and November before you contacted Domestic?
A. No, it was not on the market between that time. We would have to have gotten Bankruptcy Court

Page 74

approval. It was something that we toyed with, but I don't believe we actually did that.
Q. Well -- so there would be no documents in the bankruptcy --
A. No.
(OFF THE RECORD)
Q. There would be no documents to show that you put the house on the market to pay off the Chapter 13?
A. I do not believe so.
Q. Prior to the bankruptcy, had you put the house on the market?
A. We had toyed with selling it on our own at one point.
Q. When you say "toyed," what steps did you take to initiate any steps to sell the house before the May 2003 Chapter 13 filing?
A. I really don't remember.
Q. Did you hire an agent?
A. I don't think we did.
Q. Did you try and sell it privately?
A. We may have tried to sell it privately.
Q. Did you actually put up a sign, "For Sale By Owner"?
A. I don't remember.
Q. You didn't contact RE/MAX or any of those people?

Page 75

A. No, it would have been something that we were just trying to think of all options to not have to do it, Chapter 13.
Q. How much personal debt did you have in that time -- at that point with credit card debt; do you recall?
A. It wasn't very much.
Q. Would $20,000 be off?
MR. MARRAN: Identify the time period. At what time?
MR. DELUCA: Okay. At the time of the Chapter 13 filing in May of 2003.
A. I would say under 20, but, again, that would be a guesstimate.
Q. Your recollection is between 15 and 20 or 10 to 15 or below that? What would you say your range was, approximately?
A. I know that some of it was IRS, so I'm not sure if that 20 is inclusive of IRS without looking at everything again. It's been quite a while.
Q. But you had several of your own credit cards; correct?
A. There was credit card debt in there, and there was IRS in there, and arrearages on the mortgage.
Q. And you knew that in May of 2003, correct,

Page 76

regarding the tax IRS debt?
A. Yes.
Q. Okay. Tell me how -- you stated in your Answers that you suffered from some type of murmur. Were you ever treated by a doctor as a result of that?
A. Yes.
Q. What was the doctor's name?
A. Dr. David Cunningham.
Q. Cunningham?
A. Yes.
Q. Do you have his address?
A. It's in Middletown, Rhode Island.
Q. Do you know the address in Middletown?
A. I think it's Aquidneck Avenue, but I'm not sure.
Q. Do you have a phone number?
A. Not off the top of my head.
Q. And how long did you treat with him for?
A. I visited him a couple of times. He gave me a -- something to relax. It was caused by stress.
Q. What did he give you?
A. I don't remember the name of it.
Q. Would you agree with me that just the filing -- the fact of filing a Chapter 13 is a stressful event?

Page 77

A. That is a stressful event, yes.
Q. And you had done it before, you filed Chapter 7; correct?
A. Many years before.
Q. That was 1995, 1996; correct?
A. Yes.
Q. So this is a recurring -- another similar event; correct?
A. Different situations, yes.
Q. And you had been dealing with the Chapter 13 from May through February of -- May of 2003 through February of 2004; correct?
A. We were current on our payments, yes.
Q. And you had called several institutions, and you were getting a lot of noes; correct?
A. Yes.
Q. Had you ever been treated with a heart murmur before?
A. No.
Q. Had you had any heart problems before?
A. No.
Q. Who's your primary care doctor?
A. Dr. Cunningham.
Q. What's his first name?
A. David.

Q. And your husband, you indicated he has bouts with depression?
A. Yes.
Q. And was he treated?
A. I believe he was seeing Dr. Cunningham, also.
Q. Is Dr. Cunningham a psychologist, psychiatrist or a physician?
A. Primary care physician.
Q. Did your husband see, other than Dr. Cunningham, anyone else for his depression?
A. Not that I know of.
Q. So he didn't see a psychologist or psychiatrist?
A. We actually didn't speak for many months, so I don't know who he saw.
Q. Okay. Was he given a prescription?
A. I do not know. Actually, he was, yes.
Q. What was it for?
A. I don't know.
Q. Has he ever had any treatments before February 5 of 2004 for depression?
A. No.
Q. No?
A. Not that he went on any medication or anything like that.
Q. Well, you're kind of indicating that he may have



had some bouts with depression before this?
A. No, no, this was a big --
MR. MARRAN: Just for the record, I'll object to the use of the term "depression" as to what that might mean.
Q. Did he have any problems with that issue -- depression issues before May of 2003 concerning the Chapter 13? Was he happy about the situation?
MR. MARRAN: I'll object again, requires a medical opinion.
(NO ANSWER)
Q. How was he feeling in May of 2003 when you filed Chapter 13?
MR. MARRAN: Object to the form of the question, how was he feeling.
A. Not pleased.
Q. How long did he treat with Dr. Cunningham?
THE WITNESS: How long did he or did I?
MR. DELUCA: Did he.
A. I don't know. We were not communicating.
Q. How long did you treat with Dr. Cunningham?
A. On and off for a couple of months.
Q. Was he the only physician that you know of that you two treated with concerning the murmur and the



depression?
A. I actually went to a psychologist, and I do not remember her name.
Q. If you were to find out the name, would you be able to provide that to Mr. Marran?
A. Yes.
Q. How many times did you treat?
A. I went twice.
Q. Had you ever had any prior psychiatric treatment at all?
A. No.
MR. MARRAN: I think she said psychologist, not psychiatrist.
Q. Psychological treatment?
A. No.
MR. DELUCA: All right.
(PAUSE)
Q. You were asked some questions about the bank's conduct. Do you believe that the bank acted wantonly or maliciously with respect to your loan application? And if you answer yes, I'd like to know why.
THE WITNESS: Do I believe they acted maliciously?
MR. DELUCA: Yes.



MR. MARRAN: Object. Calls for a legal conclusion.
Q. Well --
A. I don't know. I believe they acted carelessly.
Q. And why is that?
A. I believe they told us what they thought we wanted to hear at the time. I believe they kept it dragging out with complete disregard for our situation, with also disregard for the court because we had to go through the bankruptcy court to get permission. They asked us to speed that up. If they knew that they weren't going to follow through, that was a waste of our time and the court's time, and our attorney's time, my family's time.
Q. So you feel the bank wasted your time, in essence; correct?
A. Absolutely.
Q. And yet, Domestic was the only bank out of all the banks you contacted that went through the nine yards, so to speak, to see if you could apply for --
A. They said they --
MR. DELUCA: Let me finish the question.

Page 82

Q. It was the only bank out of 15 banks that you contacted that went through the nine yards to see if you could obtain possibly a loan to pay off your Chapter 13 debt; yes or no?
MR. MARRAN: Objection, relevance.
(NO ANSWER)
Q. Yes or no? The question is of the 15 or so banks that you've testified to before that you contacted either before Domestic -- you talked with Domestic in November of 2003 and after the 2/5 letter, it was the only bank that took information from you in detail to see if you could possibly apply for this loan; yes or no?
A. No, there were other banks that took information in detail.
Q. Well, I asked you before do you have any documents, and you don't have any documents; right?
A. Right. I don't.
Q. You don't have any application forms; correct?
A. Not that I saved.
Q. Do you have any or -- well, you before said you don't have any. Now, you're saying you had them, and then you got rid of them?
A. We started the process. We talked to people.

Page 83

We went through, and then when they got to certain periods -- different ones, it was different stages. Some would -- right off the bat would say no. Some would at least take an application and review it real quickly and got back to me. Some it got to different points. They were all a little different, but nothing manifested.
Q. And from those, you never saved any of those documents?
A. I didn't.
Q. And you still knew you were in Chapter 13; correct?
A. I didn't save any documents because there was no outcome. It was nothing to me. I didn't know I had to save them.
Q. Let me ask you this. Do you think it would have been important to keep those documents to show your bankruptcy attorney that you were trying to obtain a consolidation loan for your Chapter 13 debt, so you wouldn't go bankrupt?
A. At the time I didn't think it was important to let him know.
Q. So you didn't think it was important to keep those documents and applications?
A. No, because they weren't -- it was nothing.

Page 84

Q. So you didn't think it was important to show your attorney and the Bankruptcy Court that you were making attempts?
MR. MARRAN: Objection, asked and answered twice.
Q. Correct?
A. I wouldn't use the word "important."
Q. Does your husband have any of those documents?
A. No.
Q. Afterwards, those five or six, Interrogatory Number 20, do you have any paperwork concerning those?
A. No, I got rid of everything.
Q. And you were still in Chapter 13, and Mr. Iascone was still your bankruptcy attorney; correct?
A. Yes, he actually had passed on the case to Christopher Lefebvre's office.
Q. And you don't have any paperwork or applications or anything like that?
A. No.
Q. But you got tons of paperwork from Domestic, would you agree?
MR. MARRAN: Objection to the form.
A. I don't know that I would say I got tons of paperwork from Domestic.

Page 85

Q. In your Complaint, you brought an action under the Equal Credit Opportunity Act. You're not saying the bank did something -- strike that. The basis of your complaint, from what I understand -- have you seen the Complaint in this?
A. I'm not sure.
Q. Do you know what a complaint is?
A. I'm not sure.
Q. You're saying the bank, A, didn't provide you with the reasons for the denial; correct?
MR. MARRAN: Objection to what she's saying. The Complaint speaks for itself.
(NO ANSWER)
Q. All right. Do you know why you brought this complaint?
MR. MARRAN: Objection.
Q. Do you know why?
A. We were told we had --
Q. Why did you sue the bank?
THE WITNESS: Sue the bank?
Q. Yes. Why?
A. Because they told us we had a loan. We asked for a commitment letter. They said they would provide us with a commitment letter. They used those words "commitment letter." I am not

Page 86

familiar with what their form of commitment letter is. So receiving that letter to our attorney to us after asking for it, and them saying that they had it, that it was approved to go ahead, get permission from the bank -- I mean from the court to be able to get rid of all of this, and then they provide that to us saying that it was a commitment letter, we took them at their word that's what it was.
Q. That's the December 22 letter that's to Mr. Iascone?
A. Right. We go to the court. We get approval from the court to dismiss the 13. They tell us we have a closing date, that the only thing we have to wait for is the owner to get back from Florida, that he vacations there. Every day we're told he'll be back soon. He's just got to sign that paper, but he's not here physically. Everything's fine. Everything's fine. Everything's fine. And they dragged it, and they dragged it, and they dragged it.
Q. So the reason why you sued is you were disappointed, from what I'm hearing, that you did not get the loan or approval for the loan?
MR. MARRAN: Objection.

Page 87

A. No.
Q. You were disappointed you weren't approved for the loan?
A. We were told we were approved for a loan.
Q. You were told that you would be given a fair shake concerning the loan --
MR. MARRAN: Objection.
Q. -- and that it didn't work out, and that's why you sued; right?
MR. MARRAN: Objection to the form.
A. No. No, I disagree.
Q. What were the specific reasons for the denial that you say the bank didn't provide to you on the 2/5 letter, Exhibit Number -- Exhibit J?
A. We were told that the loan was approved, and that when the owner sat and looked at it, he had a change of heart. There was no reason given to us, that he had -- and that is their exact words, he had a change of heart.
Q. Who is they? And when did this conversation take place?
A. Michael Almeida.
Q. How do you know it was Mr. Almeida?
A. Because I remember speaking to him.
Q. What date?

Page 88

A. When I asked why I had not received anything, why there was no closing date.
Q. Was it before the --
A. It was before that.
Q. So there was no closing date at that point?
A. We were waiting. Every day we were told it's coming. It's coming. Please be patient. Please sit tight, was their exact words. And we have a closing date for you. It's all set. Everything is done. Everything is perfect. And Michael Almeida told my husband that they would not have gone to that extent because they knew they would get sued if they did. Those were his exact words to my husband. He said, "We're not stupid. We know that we'll get sued if we do this."
Q. And you heard those words?
A. He told that to my husband with me standing in the room.
Q. He didn't speak to you? Were you on the other line?
A. No, I was in the room.
Q. So you didn't hear the words directly from Mr. Almeida, you heard them through your husband; correct?
A. Right.

Page 89

Q. So you disagree that the specific reasons were that there was additional debt that had to -- resulted in a higher loan?
A. That is hard for me to answer because that was never a discussion that I was included in. If that was something that was happening, that was never something I was made aware of. I was told by Dorothy that everything checked out, the appraisal, the initial appraisal, the loan to value, everything. She said everything was fine.
Q. And when the -- $202,100 was the amount; correct?
A. I believe so.
Q. Based on those documents I showed you?
A. Based on the documents. It was a long time ago.
Q. And the appraisal was at $275,000?
A. I believe so.
Q. And based on those figures, there was a loan to value of approximately 74 percent?
MR. MARRAN: Objection.
(NO ANSWER)
Q. Do you know? Have you looked at any of those documents?
A. I don't know --
MR. MARRAN: There's two questions

Page 90

there. Could I have them both read back?
(PREVIOUS TWO QUESTIONS READ)
Q. Do you see specifically --
A. I understand the thing you're saying. It doesn't mean anything to me as far as what they do on their end, so I don't know.
Q. You don't dispute that the value of the home was 275 -- strike that. That the appraisal of the house was 275, and the amount of the loan to cover the Chapter 13 debt mortgage was $202,100?
A. That's -- from my memory, that sounds correct.
Q. So if those two numbers were put together to form the loan to ratio value, you wouldn't dispute the loan to ratio value from those numbers?
A. No.
MR. MARRAN: Objection to the use of the term "loan to value."
Q. No?
A. But, again, that wasn't something that I was involved in. I was told that it was fine.
Q. The house you currently purchased, do you remember when? I may have asked you, but --
A. August of 2004.
Q. And you purchased it for approximately $330,000?
A. Yes.

Page 91

Q. And the mortgage company? I forgot again.
A. Washington Mutual.
Q. And that's the Sherman -- 56 Sherman Avenue?
A. Yes.
Q. Do you remember when you closed on that home?
A. August, I believe, of 2004.
Q. You don't know the date?
THE WITNESS: The exact date?
MR. DELUCA: Yes.
A. No.
Q. And you don't remember how much you put down on that?
A. It was -- exactly, no, no.
Q. Do you have any closing documents for that 56 Sherman Avenue?
A. I do.
Q. If I were to make a request for production for those documents, would you be able to provide them to your attorney?
A. Yes.
(PAUSE)
Q. The 98 Greenfield -- is it Greenfield?
A. Greenfield, yes.
Q. In Portsmouth, you purchased the house in the mid '90s, I think you said?

Page 92

A. '97.
Q. 1997. Do you remember what month?
A. April maybe.
Q. And do you know the -- and you don't know the name of the prior owner of that home?
A. There wasn't a prior owner. It was a new construction.
Q. Do you know who the home was built by?
A. Tavares -- it's either Travares or Tavares Construction.
Q. Do you know where they're out of?
A. I believe it's Bristol, Rhode Island.
Q. And do you know what you paid for the home?
THE WITNESS: Excuse me?
Q. Under the purchase and sale, what was the sale price?
A. $100,000 maybe, give or take a little.
Q. And you financed it with Citi?
A. No, I don't remember who.
Q. Eventually it came to Citi; correct?
A. Right.
Q. And you sold the home sometime after the 2/5 letter; correct?
A. Yes.
Q. And do you remember when you sold the home?

Page 93

A. We closed, I believe, April 1. It was very quick. It sold fast.
Q. 4/1/04?
A. I believe that was the closing.
Q. And did you have an agent?
A. Yes, we did.
Q. And who was your agent?
A. Wendy Lord Harvey.
Q. And who does she work for?
A. Century 21.
Q. And do you know where her office is?
A. It's in Middletown.
Q. And the address?
A. I don't.
Q. If I ask your attorney for her address, would you be able to provide that?
A. Yes.
Q. And phone number?
A. Yes.
Q. And do you have the closing documents for that particular --
A. I'm sure I somewhere do.
Q. And who did you sell the house to?
A. I don't remember his name. It was a gentleman.
Q. Was it a family or --

Page 94

A. A single man.
Q. A single man. And do you know what the purchase price of the home was?
A. I think he purchased it for 265, but I'm not positive.
Q. So roughly around $265,000?
A. Right.
Q. And did you have the house on the market for -- based on my calculations, for two or three months?
A. He actually came along within a matter of weeks of it being on the market.
Q. And what did you list the house at?
A. 279, I believe.
Q. That was a private sale; correct? Was it a foreclosure sale?
A. No, it wasn't a foreclosure sale. We hired a realtor, and he came along, and we paid off our 13.
Q. Did you have the house appraised before it sold?
THE WITNESS: Before it sold?
MR. DELUCA: Yes.
A. No, the gentleman who purchased it had to have it appraised.
Q. Do you know what his appraisal was, the buyer?
A. I have no idea.

Page 95

Q. Was there a reason why you sold it for less than the list price of 279, and sold it for 265?
THE WITNESS: The reason?
MR. DELUCA: Uh-huh.
A. To just move on.
Q. Do you know if that person still lives at the house, the buyer?
A. I have no idea.
Q. And you don't recall his name?
A. It was Benjamin, but I don't know his last name.
Q. But those would be in the closing documents anyway?
A. Yes.
Q. You had the appraisal done by Ray Bourke, I believe it was, in December of '03 on the property; correct?
A. Yes.
Q. And you paid, I think, $250?
A. Something like that. I would say close.
Q. Okay. And you paid that directly, you and your husband?
A. Yes.
Q. Did you pay any money in any form to Domestic Bank relative to your application for the consolidation

Page 96

bankruptcy loan?
A. I don't believe so.
Q. So the out-of-pocket expense you incurred was $250 for the appraisal?
A. Yes.
(PAUSE)
Q. Other than what we've talked about concerning you and your husband's alleged health issues, and anything else that you've testified to, how else have you and your husband been damaged by the bank?
MR. MARRAN: I'm going to object to the form. You can answer.
(NO ANSWER)
Q. What are your actual damages in this case?
A. Well, we wanted to stay in that home. My daughter was young. This is not a move I wanted to make.
Q. Anything else that you can think of?
A. No.
(PAUSE)
MR. DELUCA: No more questions. Thank you.
MR. MARRAN: I don't have any questions. I'm just going to reserve the right to

Page 97

read and sign the transcript.
THE REPORTER: Would you like a copy?
MR. MARRAN: Yes.
(DEPOSITION CLOSED 12:20 P.M.)

CERTIFICATE

I, Jeannette A. Freelove, a Notary Public in and for the State of Rhode Island, duly commissioned and qualified to administer oaths, do hereby certify that the foregoing deposition of Elizabeth Souza, Plaintiff in the above-entitled cause, was taken by me at the offices of Shechtman Halperin Savage, LLP, 1080 Main Street, Pawtucket, Rhode Island, commencing at 10:00 a.m. on November 8, 2006; that previous to the testimony of said witness, who was of lawful age, the witness was sworn by me; whereupon the witness was first duly cautioned and sworn to testify the truth, the whole truth, and nothing but the truth; and that the witness thereupon testified as in the foregoing-annexed transcript.

I further certify that the foregoing deposition was taken down by me in stenotype and was later reduced to computer-aided transcription; and that the foregoing is a true and accurate record of the testimony of said witness.

Pursuant to Rule 30, the witness, with agreement of the parties, hereby requests to read and sign the transcript.

Pursuant to Rule 5(d) and 30(f)(1) of the Federal Rules of Civil Procedure, original transcripts shall not be filed in court. Therefore, original is delivered and retained by Attorney DeLuca.

IN WITNESS WHEREOF, I have hereunto set my hand this 24th day of November, 2006.

________________________________

JEANNETTE A. FREELOVE, NOTARY PUBLIC
Certified Court Reporter
My Commission expires July 17, 2009

DATE: November 8, 2006
IN RE: Souza v. Domestic Bank
WITNESS NAME: Elizabeth Souza

A

**able** 16:10 20:15 50:20 70:5,24 80:5 86:6 91:18 93:16
**above-entitled** 1:9 98:4
**Absolutely** 27:12 81:18
**accepted** 68:4
**accord** 17:24
**account** 16:6
**accurate** 22:17,25 53:11 62:18 98:12
**accurately** 23:8 63:10
**Act** 85:2
**acted** 80:19,23 81:4
**action** 3:13 65:15 66:3 85:1
**actual** 19:2 31:19 33:19 34:25 40:18 96:15
**add** 56:7
**additional** 28:2 62:11 62:21 63:8,11 89:2
**additions** 50:2,7,11 51:6 52:9 54:14 68:16
**address** 76:11,13 93:13 93:15
**addressed** 43:15
**administer** 98:3
**adverse** 65:14 66:3
**adversely** 27:11
**advise** 34:15 35:8 56:14 56:17
**advised** 40:15,18 57:19
**affect** 27:11 54:1
**afraid** 27:10
**afternoon** 51:18 52:16
**age** 98:7
**agent** 74:18 93:5,7
**ago** 9:17 13:14 72:24 89:15
**agree** 29:8 38:6,19 39:8 39:20,22 40:22,25 43:3,8 48:4,7 52:5,7 53:24 54:2 57:9 58:10 61:3 62:10,15,16 65:14 66:2 76:23 84:22
**agreement** 98:14
**ahead** 55:23 65:3 86:4
**alleged** 96:8
**ALLIED** 1:22
**Almeida** 28:17 87:22 87:23 88:11,23
**Ameriquest** 67:13
**amount** 25:6 31:1,13 32:6 36:13 37:8 41:6 45:25 60:19 62:3 89:11 90:9
**annual** 9:8,8 10:17 20:1
**answer** 4:16,19,19 7:24 17:7 25:13 31:8 32:17 39:13 43:19,20 50:9 50:17 54:23 58:9 64:15 65:18,22,23 66:7 69:20 70:4,20 72:17 79:11 80:21 82:6 85:13 89:4,21 96:13,14
**answered** 23:20,20 84:5
**answers** 28:15,19 29:1 44:18 66:15 68:18 76:3
**anticipated** 61:19
**anybody** 14:12
**anyway** 95:13
**apartment** 5:15
**apparent** 69:14
**apparently** 58:5
**appear** 46:18
**APPEARANCES** 1:13
**appears** 71:18
**application** 2:13 15:12 15:15 17:15 18:6 19:3 19:4 20:21 21:21,24 26:2,10,17 27:11,18 28:1 30:10 32:25 33:14 40:3 41:21 46:7 47:1,2,3,22 54:8 55:8 58:18,23 60:9 61:14 64:2,7,17 65:15,20 68:9 70:15 73:6,9 80:21 82:20 83:4 95:25
**applications** 2:19 15:10 47:22 71:22 83:24 84:18
**apply** 81:21 82:12
**applying** 25:5
**appraisal** 21:6,7 29:14 29:15,25 30:2,14 41:22 42:10,13 49:10 49:12 50:12,15 52:5 89:9,9,16 90:8 94:24 95:15 96:4
**appraised** 29:20 94:19 94:23
**appraiser** 42:5
**appraising** 30:16
**approval** 16:23 20:25 45:1 53:22,24,25 65:2 68:9 74:1 86:12,24
**approved** 45:15 86:4 87:2,4,15
**approximately** 7:1,18 7:25 8:23 14:19 19:6 25:6 26:3 39:1 56:18 61:18 69:4 75:17 89:19 90:24
**April** 43:6 92:3 93:1
**Aquidneck** 76:14
**area** 9:16 31:5 68:16
**arrearages** 35:13 75:24
**arrears** 16:13
**asked** 18:12 27:13 33:8 42:18 51:6,8 80:18 81:11 82:16 84:4 85:22 88:1 90:22
**asking** 26:15 72:6 86:3
**assume** 25:25 38:15 48:25
**assuming** 40:23 65:8 70:2
**assumption** 65:19
**assumptions** 64:13
**assurance** 70:16
**assured** 20:18
**attached** 37:20
**attachment** 61:7
**attempt** 14:19
**attempts** 84:3
**attorney** 4:17 29:11 32:2 33:18,23 36:8,17 40:9,12 43:5,6 45:5,7 47:8 56:9,22 62:9,10 83:18 84:2,15 86:2 91:19 93:15 98:17
**attorney's** 81:14
**attorney/client** 32:15
**August** 5:24,25 90:23 91:6
**authorization** 2:14 28:8
**authorized** 28:2
**Avenue** 1:23 5:14 10:22 11:16 16:6 46:23 76:14 91:3,15
**avoid** 62:25 66:19
**aware** 55:20 89:7
**a.m** 1:11 3:1 98:6

B

**B** 2:10,13 28:5,7
**back** 3:24 8:24 9:5,16 20:12 24:19 39:3 49:23 64:10 68:19 83:5 86:15,17 90:1
**backyard** 51:5
**balance** 21:17
**bank** 1:6 2:21 3:12,15 12:25 13:13,15,16,22 13:23,24 14:5 17:10 17:13,23 18:13 28:2 31:18 32:5,12 33:19 35:10 36:3,10 40:20 40:24 41:20 42:11,23 43:8,17 47:20,21,24 48:22 49:1 53:12 57:20 59:2,6,12 60:12 62:1 63:20 65:8,13 66:3 67:7,19 68:8 71:5,10 72:2 80:19 81:16,19 82:1,11 85:3 85:9,19,20 86:5 87:13 95:24 96:11 98:24
**bankrupt** 83:20
**bankruptcy** 11:12 27:4 29:11 32:2,10 34:13 36:17,19,23 45:5,7 48:19 56:22 61:8 62:9 65:4,4 73:25 74:4,10 81:10 83:18 84:2,15 96:1
**banks** 13:4 14:1,14,17 15:6,13,21 27:21 37:16 66:17 68:25 81:20 82:1,7,14
**bank's** 42:5 80:18
**based** 26:13,23 54:6 65:21,23 66:1,9,10,12 89:13,14,18 94:9
**basic** 19:12
**basis** 37:7 85:3
**bat** 83:3
**beating** 72:22
**Bedford** 9:22
**behalf** 1:9 38:14 42:10
**believe** 7:2,25 8:10 9:18 10:12 11:5,11 12:24 15:25 19:15 23:2 24:7 26:4 29:1 30:24 34:19 36:3,3,16 37:4 41:9 42:7 51:20 59:9 67:3 72:23 73:19,20,21 74:2,9 78:5 80:19,23 81:4,6,7 89:12,17 91:6 92:12 93:1,4 94:13 95:16 96:2
**benefit** 64:10
**Benjamin** 95:10
**big** 79:2
**bills** 25:16,16
**birth** 4:6,10
**black** 31:25
**blank** 43:18 55:15
**blue** 18:4 67:1,3
**bold** 43:11
**bond** 23:17
**borrower** 46:9
**bottom** 58:10 60:14
**Bourke** 30:16 95:15
**bouts** 78:1 79:1
**box** 30:9 60:21,24 61:4 63:9
**boxes** 23:2
**Boyajian** 56:12 57:10 58:4
**break** 5:5
**briefly** 3:20 14:2 49:22 50:5
**Bristol** 5:14 8:21 92:12
**brought** 85:1,14
**budge** 37:16
**building** 2:19 42:1 48:6 49:6,7,8 50:19,21 52:8,25 55:8
**built** 92:8
**buy** 7:11
**buyer** 94:24 95:7

C

**C** 2:14 30:5,6,8 98:1,1
**calculation** 22:19
**calculations** 94:9
**call** 18:1 59:2,3,5,12 64:23 67:10,22
**called** 18:3 20:14 51:8 71:8 77:14
**calls** 14:23,25 15:4 16:1 27:21 67:1,3,6,8 68:25 69:3,10,19 81:1
**Capco** 8:17,18,21 20:7
**Capital** 30:19
**capitalized** 25:21
**card** 75:5,23
**cards** 75:21
**care** 72:10 77:22 78:8
**carelessly** 81:4
**case** 3:12 4:3 28:20 36:19 69:14 84:16 96:15
**cause** 1:9 98:5
**caused** 76:20
**cautioned** 98:8
**Century** 93:10
**certain** 18:5,18 19:8 33:25 71:12 83:1
**Certified** 98:22
**certify** 98:4,10
**cetera** 60:25
**chance** 22:14
**change** 2:22 31:12 87:17,19
**changed** 8:16,19,20
**Chapter** 11:12 12:22 13:6,8 14:20 16:11,16 16:17,18 21:9 24:17 25:11 27:4,8 31:2,13 32:11,20 33:5,10 34:5 34:24 35:3,12 36:14 37:8,13 41:1,19 42:19 45:1 56:11 58:6 62:3

62:22,23 68:2 70:9,10 71:7 72:2,19 73:17 74:8,16 75:3,12 76:24 77:2,10 79:8,13 82:4 83:11,19 84:14 90:10
**characterization** 47:13 48:1,24 54:10 63:14
**characterizing** 29:3
**chatted** 49:17 51:1
**check** 26:20
**checked** 18:12 26:18,19 54:17 89:8
**Checklist** 2:18 46:16 47:16
**check-off** 23:2 63:9
**children** 6:10
**Christopher** 84:17
**circumstance** 12:12
**Citi** 11:24 16:13 21:13 21:18 35:10,23 36:11 38:22 92:18,20
**Citizens** 13:17,24,25
**city** 8:12,22 9:24 10:1,2 52:11
**Civil** 3:13 98:16
**CLAUDE** 1:15
**clear** 17:8
**close** 9:15 65:5 95:20
**closed** 5:23 91:5 93:1 97:4
**closing** 7:7 45:22 46:5 86:14 88:2,5,9 91:14 93:4,20 95:12
**collateral** 54:1
**column** 48:5 61:5
**come** 49:15 65:16
**coming** 30:16 44:12 88:7,7
**COMMENCED** 3:1
**commencing** 98:6
**Commission** 98:22
**commissioned** 98:3
**commitment** 42:18,20 43:12 45:14,17 55:14 55:14 64:22 73:4 85:23,24,25 86:1,8
**Commitment/Reside...** 2:16 43:9
**common** 50:10
**communicating** 79:21
**company** 9:23 10:5 30:20 73:1 91:1
**complaint** 85:1,4,5,7,12 85:15
**complete** 41:21 54:8 73:8 81:8
**completed** 64:3
**completing** 64:3
**completion** 64:7
**COMPLIES** 22:12 52:19
**computer-aided** 98:11
**concerned** 33:6 53:19 72:17
**concerning** 21:5 28:13 31:18 33:19 37:13 56:22 57:1,4 67:1,7 70:14 79:7,25 84:11 87:6 96:7
**conclusion** 81:2
**conduct** 80:19
**confirm** 19:20 21:7,9,9 50:13 65:11
**confirmation** 53:21
**confirms** 27:24
**Conseco** 12:2 16:14 21:13 35:10,24 36:11 39:19
**consider** 24:9
**consistent** 32:24 33:1 58:11
**consolidate** 31:2
**consolidation** 14:20 16:10 83:19 95:25
**constant** 29:2
**construction** 92:7,10
**contact** 12:24 13:3 17:10,12 29:2,5,9 36:11 73:13,15 74:25
**contacted** 14:16 15:7 17:20,23 33:18,23 67:16 71:17 73:11,23 81:20 82:2,8
**contacts** 16:9
**contained** 64:13
**continually** 72:5,8
**continue** 70:11
**continued** 20:20,21,22 70:14 71:13,21
**continuing** 71:21 72:13
**contractors** 10:7
**conversation** 23:9 70:14 71:14,15 87:20
**conversations** 32:18 33:4 34:2,3,9 72:1 73:1
**converse** 37:7,12
**convinced** 18:3
**coordinator** 20:4
**copies** 2:19
**copy** 48:6 49:5,8 51:11 55:7 97:2
**Corp** 35:23
**correct** 10:20 11:8,12 11:17,20,24 12:5 13:13 16:21,24 17:11
17:16 18:7 19:3 20:22 20:25 21:7,10 23:21 26:3,6,19,23 27:14,24 28:3 29:6 33:14 35:3 35:6,24 36:4,17,20,24 37:3 38:7,9,10,12,14 38:16,24 39:3,24 40:6 42:8,16 43:12 44:22 45:1,5 46:24 48:12,13 48:22 49:2,3,6,7,11 49:21 50:7 51:7,12 52:9,13 53:1,7,16,19 53:22 54:14,20 55:1 55:16 58:20 60:9,22 60:25 61:3,19 62:4,23 63:4,6,19,23,25 64:4 64:8 66:17 67:8 68:22 69:25 70:8,17 71:15 72:6 73:5,9 75:22,25 77:3,5,8,12,15 81:17 82:20 83:12 84:6,15 85:10 88:24 89:11 90:11 92:20,23 94:14 95:17
**correspondence** 15:20
**costs** 7:7
**couple** 9:16 44:17 76:19 79:23
**course** 33:11 47:21 65:9
**court** 1:1,22 3:13 4:22 32:10 34:14 36:24 42:19 65:4,22 73:25 81:9,10 84:2 86:5,12 86:13 98:16,22
**court's** 81:14
**cover** 90:9
**Cox** 16:4
**CRANSTON** 1:23
**credit** 2:22 14:3 21:15 26:12 27:1,21 59:18 60:22 61:3,6,9 63:9 75:5,21,23 85:2
**criteria** 71:12
**Cunningham** 76:8,9 77:23 78:5,6,9 79:17 79:22
**cup** 5:6
**current** 77:13
**currently** 5:13 6:21 10:15 70:9 90:21
**customer** 18:17
**C-I-T-I** 38:22
**C.A** 1:5

**D**

**D** 2:1,15 34:21 37:20 42:14
**daily** 37:7
**damaged** 96:10
**damages** 96:15
**date** 4:6,10 16:16 19:7 45:22 46:5 47:1,2,2,3 53:11 54:3 57:15,18 57:20 59:5 73:5 86:14 87:25 88:2,5,9 91:7,8 98:23
**dated** 2:14,14,15,19 27:16 37:22 38:9 44:2 44:21 53:6 58:24 60:6 65:15
**daughter** 6:5 96:17
**daughter's** 6:6
**David** 76:8 77:25
**day** 19:1,9 22:20 28:14 33:25 51:19,20,20 52:13,14,14 86:16 88:6 98:19
**days** 64:6 65:16 66:4
**dead** 72:22
**deal** 13:6 14:12 70:23 71:9 72:18
**dealing** 77:10
**deals** 10:7
**dealt** 72:23
**Dear** 45:10,10
**debt** 13:9 14:21 16:11 20:12 21:5,9 22:19 23:16 24:3,7,8,10,14 24:18 25:3,10 26:8,25 27:3 31:2,13,19 33:5 33:20 35:5,6,9 36:13 37:8,9,14 40:18 41:1 42:15 57:1 61:17 62:4 62:22 63:9,11 70:7,8 75:4,5,23 76:1 82:4 83:20 89:2 90:10
**debts** 34:25 35:17,18 35:19 57:1
**December** 29:16 33:3 33:17,17 34:5 35:8 38:9 44:2,21 57:16,18 57:21 58:13 59:11 86:10 95:16
**decision** 71:11,13
**default** 23:15
**Defendant** 1:9,17
**Defendant's** 2:11 22:6 22:7 28:5,7 30:5,6,8 34:21 37:20 42:14,23 42:24 46:13 52:1,3,18 56:3 57:7 59:22 63:25
**definite** 73:4
**delinquency** 61:17
**delinquent** 23:14,15 60:22 61:2,6,9 63:9
**delivered** 98:17
**DeLuca** 1:18 2:5 3:10 3:11,16 4:15 5:1,10 7:20 8:2,5 13:18 15:18 17:4 22:5 24:6 27:6 30:4 32:22 33:24 34:11 35:14 39:12 41:8 45:16 46:12 48:3 50:17 55:12,19,24 56:8 58:1 64:15,20 65:1,6 66:7,10 69:6 75:11 79:20 80:16,25 81:24 91:9 94:21 95:4 96:22 98:17
**denial** 2:22 59:19 85:10 87:12
**denied** 58:24 60:9 68:22
**department** 14:9,10
**departments** 14:13
**depleted** 72:16
**deposed** 4:13
**deposes** 3:3
**deposition** 1:8 3:1,17 13:19,21 43:6 44:10 44:13 47:8 97:4 98:4 98:11
**depression** 78:2,10,20 79:1,4,7 80:1
**described** 23:19
**describing** 23:18
**description** 2:11 14:5 27:2
**designate** 25:23
**designed** 20:19
**detail** 82:12,15
**detailed** 27:2
**details** 23:18,19 62:17
**determined** 61:16
**dictate** 50:10
**different** 66:22 71:10 72:20 77:9 83:2,2,6,7
**directed** 45:4,4,9
**directions** 3:23
**directly** 44:22 88:22 95:21
**disagree** 49:12 87:11 89:1
**disagreeing** 65:25
**disappointed** 86:23 87:2
**discharge** 48:19
**disclose** 24:23 25:4 27:9
**disclosed** 20:23 25:8 26:6,7,9,13,16
**Disclosure** 2:13
**discrepancy** 31:17
**discuss** 32:1,4 33:2 41:16,18 50:1

discussed 24:20 25:15 26:24 34:12
discussion 20:17 50:4 72:4 89:5
discussions 33:3 62:18
dismiss 86:13
dismissed 42:19 65:5 72:20
dispute 21:22,25 22:3 29:23 30:22 47:23 53:9 54:4,19 55:3,7 57:21 61:22 90:7,13
disregard 81:8,9
District 1:1,1 3:13
divvy 12:12
doctor 76:5 77:22
doctor's 76:7
document 2:12,13,14 2:16,17,17,17,18,20 2:21 26:13 30:10,23 37:20 40:9 42:22 43:3 43:4,14 44:21 47:5,20 47:24 57:12,13 59:24
documentation 65:11
documents 15:12,15 31:16 39:5 41:20 44:9 44:12,15 46:15,17,19 48:6,10,11,14 54:6,7 54:12,13,19,25 55:2 61:15,23,24 68:11 74:3,7 82:17,17 83:9 83:13,17,24 84:8 89:13,14,23 91:14,18 93:20 95:12
doing 65:10
Domestic 1:6 2:21 3:12 3:15 12:24 14:21 17:10,12 18:13,19 28:13 36:3,7 43:8 67:7,11,19 68:8 69:12 70:6,6,25 73:12,13,15 73:23 81:19 82:9,9 84:21,25 95:24 98:24
Dorothy 2:18 17:17,24 18:3,10,11,25 28:14 28:16 37:21 38:11 52:23 58:15 70:14 89:8
Downtown 3:21
Dr 76:8 77:23 78:5,6,9 79:17,22
dragged 86:20,20,21
dragging 81:8
duly 3:3 98:3,7

E

E 1:16 2:1,10,16 42:23 42:24 55:19 56:3 98:1 98:1
earlier 39:17 70:13
early 8:15,15 33:3
earn 9:1
earning 8:23 9:4,5
earnings 48:17
eight 14:22 15:13 16:9 16:24 68:7
either 16:4 28:16 43:14 51:8 52:14 62:9,19 67:7 70:5 71:2 82:9 92:9
eligible 70:17
Elizabeth 1:4,8 2:4 3:2 3:8,14 30:14 98:4,24
employment 6:16 22:18
ended 66:20
enlarged 68:17
entire 7:13
entitled 2:12,13,14,16 2:17,17,20,21
enunciate 17:7
Equal 85:2
equipment 20:6
ESQUIRE 1:16,18,18
essence 81:16
established 42:16 71:4
et 60:25
evaluate 50:7
event 76:25 77:1,7
eventually 35:22 42:4 58:22 92:20
Everything's 86:18,19 86:19
evidence 70:3
exact 19:9 21:19 26:5 33:10,11,12,13,16 70:19 87:18 88:8,13 91:8
exactly 18:18 20:14 59:20 91:13
Examination 2:5 3:16
example 48:15
Excuse 92:14
executed 43:15
exhibit 22:6,7 28:5 30:6 34:21 42:23,24 43:7 46:21 48:11 52:1,4 55:19 56:3 57:3,7 59:22 87:14,14
EXHIBITS 46:13
existed 55:20
expense 96:3
expires 98:22
explained 26:16
explanation 26:16 27:13,16
exposure 36:23
extend 62:2
extent 88:12
exterior 49:23 51:3,17

F

F 2:17 23:14 24:22 46:12,13,17 48:11 54:6,12,19,20 55:7 98:1
face 37:5
fact 13:13 26:1 28:15 34:15 48:14 49:2 63:11 68:15 71:5 76:24
facts 65:21,24 66:1 70:2
fair 48:3 87:5
familiar 15:25 30:21 41:11 86:1
family 6:2 93:25
family's 81:15
fancy 28:23
far 9:17 18:15 22:18 33:5 68:3 72:16 90:5
fast 72:11 93:2
fax 2:15 37:19 38:9 44:5 53:3 57:15 58:15
faxed 44:2,7 51:11,21 52:13,15 53:12 56:25 57:19,20
February 29:4 58:25 60:6 63:25 64:6 68:19 68:20 69:2 77:11,12 78:19
federal 14:2 23:15 24:1 24:3,7,8,10,14,18 25:3,9,13,18 27:3,10 98:16
feel 24:22 25:2,4 81:16
feeling 79:12,15
female 59:16
figure 26:5 29:21 30:22 32:5,11,23 34:6,24 35:9 39:2,4,7,23 40:5 41:10,12 45:19 56:15 56:16,17,23
figures 8:4 21:19 31:20 32:24 33:6 34:10 36:4 36:6 37:10,13,17,17 37:24 38:6 40:13,16 41:23 58:5,11,20,20 61:24 62:17 89:18
filed 11:11,11 73:17 77:2 79:12 98:16
filing 74:16 75:12 76:23 76:24
Finance 12:4 16:14 21:14 22:2 35:11,24 36:12 40:1
financed 92:18
finances 12:9,13,18
financial 23:16
financing 72:7,14
find 15:2 18:19 32:5,10 66:24 80:4
fine 7:22,25 8:5 55:12 86:19,19,19 89:10 90:20
finish 25:13 64:5,19 81:24
first 12:24 19:1 22:10 22:14,24 52:21 60:8 61:4,9 71:1 77:24 98:7
five 66:22 67:15 68:7 84:10
Florida 86:15
flyers 67:4
focused 73:2
follow 81:13
followed 66:15,16
follows 3:4
foreclosure 62:25 66:19 94:15,16
foregoing 98:4,10,12
foregoing-annexed 98:9
forgot 91:1
form 24:19 43:22 55:15 55:15,18,20,21 63:5 64:13 79:14 84:23 86:1 87:10 90:12 95:24 96:13
forms 82:20
found 62:21 63:8 67:9
four 66:21
Foxboro 6:14
frame 73:17
Freelove 1:9 98:2,21
front 20:23 71:6
full 3:6
further 21:5 23:1 98:10

G

G 2:17 46:12,13,17,21 54:6,12,20,20 55:7
Garabedian 60:14
garnishment 60:25 61:7
Gary 60:14
Gather 21:5
generally 12:9,19
gentleman 93:24 94:22
gesture 17:6
getting 43:21 72:7,18 77:15
get-go 62:22
Gini 1:18 13:19,19
give 19:10 23:18,19 73:4 76:21 92:17
given 33:12,13 42:17 72:13,15 78:15 87:5 87:17
giving 65:3
go 20:12 22:25 25:16 32:9 39:10 50:22,24 63:4 65:3 68:19 73:5 73:7,8 81:10 83:20 86:4,12
going 4:16 7:17 23:4 28:7 32:14 37:16 39:12 45:8 47:12 57:3 57:4 64:12 65:6,18,21 69:7,13 81:12 96:12 96:25
good 3:10 16:21 42:21
gosh 7:17
gotten 73:25
government 25:24 26:2 27:10
green 12:1 16:14 21:13 21:24 65:3
Greenfield 10:22 11:16 16:6 46:23 60:2 91:22 91:22,23
guarantee 20:24 23:17
guess 14:22 15:8 24:5 24:11 36:25 57:14 60:13 61:12 69:22 70:16
guessing 8:3
guesstimate 75:14
guesstimating 39:5
guy 30:15

H

H 2:10,18 52:1,4,18,21
hall 8:21 52:11,11
Halperin 1:10,17 98:5
hand 98:19
handles 12:9,13 32:21
handling 12:17
handwriting 38:4,18 52:21
Handwritten 2:18
happening 89:6
happy 79:8
hard 89:4
Harvey 93:8
head 76:17
health 96:8
hear 81:7 88:22
heard 18:14,23 28:13 88:16,23
hearing 17:24 86:23

heart 77:17,20 87:17 87:19
help 20:15
hereunto 98:18
he'll 86:17
HH 12:4
higher 39:11,14 62:3 89:3
hire 74:18
hired 94:16
hold 18:12
holder 6:21
home 5:15,16,17,21 7:5 7:8 12:20 16:7 19:20 54:1 60:2 66:20 68:15 69:20 90:7 91:5 92:5 92:8,13,22,25 94:3 96:16
hopeless 72:21
horse 72:22
hour 10:11
house 6:2,4 8:9 10:22 11:4,16 12:9 15:23 29:20 49:16,16,21,24 50:2,7,12,22,24,25 51:3,21 53:1,16 54:14 62:25 65:12 66:19 67:17 68:6 69:2,18,25 70:8 73:16 74:8,10,15 90:9,21 91:24 93:23 94:8,12,19 95:7
Household 12:4 16:14 21:14 22:2 35:10,24 36:12 40:1
husband 4:8 5:19 6:5 8:11,16 9:14 10:25 11:7 12:10 20:6 23:21 24:13 26:19 28:8 45:7 46:22 78:1,9 84:8 88:11,14,17,23 95:22 96:10
husband's 19:16 20:1 27:1 46:18 96:8
hypothetical 66:2,11,12

I

Iascone 29:12 32:1,9,19 33:4 34:4,9,23 35:8 36:8,11 37:12,21 38:11,16 40:13 44:24 45:11,12 57:10,14 58:12 64:24 84:14 86:11
idea 17:25 38:2 39:6 58:2 94:25 95:8
identification 22:8 28:6 30:7 34:22 42:25 46:14 52:2 57:5,8 59:23
identified 18:11 67:13 68:12
identify 18:9,15 55:17 75:9
III 1:16
immediately 50:20 51:9 51:13 52:12 67:18 69:1
important 33:9 83:17 83:21,23 84:1,7
impression 45:6 55:21 55:25
included 7:6 24:16 25:10 34:25 35:5,9,13 35:16 89:5
including 29:4
inclusive 75:19
income 9:9 21:9
inconsistent 32:24
increase 41:2,5,7 62:12
incur 63:12
incurred 96:3
indicated 23:24 78:1
indicates 42:14
indicating 78:25
information 2:13 19:10 19:12 21:1,5,16 22:9 22:17 23:1 25:8 28:3 33:15 34:13 41:24 56:25 62:1 65:12 68:1 82:11,15
informed 31:18
initial 26:9,17 28:1 29:14 32:25 33:13 40:2 47:2 58:17 71:14 89:9
initially 30:25 31:6 34:17 40:20,24 56:19 61:13
initials 23:11
initiate 14:25 74:15
initiated 16:10
inquired 71:22
inquiries 67:21 68:12
inquiring 72:9
inquiry 68:8
inside 50:22,24
institution 62:21 69:23
institutions 36:5 67:25 68:5 69:19 72:6,14 77:14
instructs 4:18
intent 62:22
interest 36:22 45:25
interested 50:11
interior 51:16
Internet 15:1 18:13,19 71:3
Interrogatories 28:15 28:19,23 44:19 66:16 68:18
Interrogatory 67:12,24 84:10
intervene 65:23
intervening 13:2
interview 24:13
introduced 43:5
introducing 44:15
involved 90:20
iron 8:12 9:24 10:3,4,6
IRS 24:9,23 75:18,19 75:24 76:1
Island 1:1,10,11 10:20 46:23 76:12 92:12 98:3,6
issue 41:16 79:6
issues 63:15 79:7 96:8
Item 23:14
items 23:4,7

J

J 2:21 59:22,24 63:25 87:14
January 42:7 49:11 53:6 55:13 56:3 59:11 63:19 64:4 65:13
Jeannette 1:9 98:2,21
Jessica 6:7
job 8:19,20,25 14:4 18:16 36:23 41:24
jobs 8:16 19:12
John 4:8
joint 9:9,9
jointly 9:13 11:1,7
JOSEPH 1:16
July 98:22

K

keep 69:24 72:21 83:17 83:23
kept 81:7
kind 3:23 4:16 21:10 25:23 32:6 42:12 70:21 71:9,24 72:16 72:21 78:25
kinds 65:10
kitchen 51:2 68:16
knew 69:7 75:25 81:12 83:11 88:12
know 5:2,5,23 7:22 9:8 10:6,10 12:6 17:6,18 17:25 18:9 23:11 24:1 24:8 26:4 30:20 31:10 31:23 33:7,10,11,18 33:22,25 34:1 35:12 35:21 36:1,6,9,15 38:4 40:11 41:4 47:14 48:2 50:6 54:11 56:21 56:24,25 57:2,18 58:3 59:17 60:16 62:6,16 68:3 71:6,11 75:18 76:13 78:11,14,16,18 79:21,24 80:22 81:4 83:14,22 84:24 85:7 85:14,17 87:23 88:15 89:22,24 90:6 91:7 92:4,4,8,11,13 93:11 94:2,24 95:6,10
knowing 50:11

L

late 8:15 11:10 12:25 17:9 19:8
law 1:15 4:22
lawful 98:7
LEFEBVRE 1:15
Lefebvre's 84:17
left-hand 48:5 61:5
legal 28:23 81:2
lend 15:3
lender 6:24
lenders 66:22,24 67:2
lending 14:9,13 62:20 67:13,25
Leonard 49:15 53:18 53:18
letter 27:13,16 42:18,20 43:24 44:1 45:8,14,19 45:23 46:1,3,5,7,10 47:11,14,20 58:12,22 58:23 59:8,19 63:24 64:4,22 65:14 66:14 68:20 82:10 85:23,24 85:25 86:1,2,8,10 87:14 92:23
let's 49:4
lien 24:9,24
light 65:3
line 48:5 61:2,9,11 88:20
list 46:17 48:11 94:12 95:2
listed 66:21
little 23:2 83:7 92:17
live 11:3
lived 10:19 11:5
lives 95:6
Liz 2:18 52:23
LLP 1:10,17 98:5
loan 2:13,14,16,17 12:8 13:8 14:20 16:11 18:17 19:12 20:13,25 23:16,17,23 24:1 25:5 25:9 28:3,13 29:6,10 29:10 30:9,13 31:1,12 37:2,2 40:3 41:1,6 45:20 46:3,15 47:16 47:22 55:5,23 60:19 62:3,11 65:5,15 68:4 68:22 69:24 70:5,15 70:24 71:8 73:6,8 80:20 82:3,13 83:19 85:22 86:24,24 87:3,4 87:6,15 89:3,9,18 90:9,13,14,17 96:1
loaning 14:9,13
loans 14:7 16:14 65:10
located 9:21 10:22
Logan 9:22
long 6:18 11:3 18:24 48:11 69:3 72:24 76:18 79:17,18,22 89:14
longer 9:1 15:22
look 22:10,14 23:7 26:15 44:9,12 46:21 47:15 48:4 49:16,18 49:20,23 52:18 58:16 59:24
looked 18:20 44:8 51:16 87:16 89:22
looking 16:18 30:11 31:16 61:15 75:19
looks 23:12 38:22 39:19 47:1,10
Lord 93:8
lost 3:21
lot 55:2,4,5 77:15
loud 61:4

M

M 23:5
mail 67:4
Main 1:11 98:5
making 9:13 68:24 84:3
male 59:16
maliciously 80:20,24
man 42:12 49:13,14,15 94:1,2
manager 20:6
manifested 83:7
mark 42:22 45:8 57:3,5
marked 22:5,7 28:5 30:5,6 34:21 42:24 46:13 52:1,3 57:7 59:22 60:21,24 61:5 63:24
market 69:2 73:16,19 73:22,24 74:8,11 94:8 94:11
Marran 1:16 32:14

41:3 47:12,25 48:23 50:8,14,16 54:9,15,21 55:10,17 57:11,23 58:7 61:20 62:5,13 63:5,13 64:9,12 65:17 66:5,9 70:1,18 75:9 79:3,9,14 80:5,12 81:1 82:5 84:4,23 85:11,16 86:25 87:7 87:10 89:20,25 90:16 96:12,24 97:3
**matter** 3:12 94:10
**mean** 15:8,11 68:20 79:5 86:5 90:5
**means** 24:2 25:23
**medical** 79:10
**medication** 78:23
**meeting** 51:15 52:5
**memory** 90:11
**mentioned** 72:22
**Michael** 1:4 3:14 4:8 30:13 87:22 88:10
**mid** 33:3,17 34:5 35:8 91:24
**Middletown** 76:12,13 93:12
**mind** 68:21
**Mine's** 10:18
**minutes** 49:18 51:2
**ML** 1:5 3:14
**moment** 18:12
**money** 15:3 32:12 95:24
**month** 5:23 18:1 72:4 92:2
**monthly** 8:8
**months** 13:2,3 78:13 79:23 94:9
**morning** 3:10,21 52:16
**mortgage** 2:16 6:21 7:1 8:8 11:24 12:7 16:13 20:12 21:13,18 23:16 25:9 32:6 34:25 35:5 35:9,19 36:13 37:9 40:18 42:15 43:9 57:1 60:8 61:16,17 67:14 67:14,14 70:8 75:24 90:10 91:1
**mortgaged** 7:13
**mortgages** 11:19 12:18 21:14 33:20 34:7 35:13 63:2
**motions** 73:7
**move** 39:12 45:16 55:22,25 65:3,6 95:5 96:17
**murmur** 76:4 77:17 79:25
**Mutual** 6:25 91:2

**N**

**N** 2:1
**name** 3:6,7,11 6:6 7:12 9:23 19:16 30:15,20 49:15 76:7,22 77:24 80:3,4 92:4 93:24 95:9,11 98:24
**names** 15:6 19:13 22:21 46:18
**Navy** 14:2
**necessary** 41:1 56:10
**need** 5:5,6,6 7:23 10:8 17:1 24:22 32:7 65:22
**needed** 20:13 25:8 32:13 33:5,7,11 41:22 41:23 54:12 55:22 65:20 68:2
**neither** 68:7
**never** 16:23 18:14,23 40:15,18 54:17 60:17 61:21,25 62:6 83:8 89:5,7
**new** 9:22 92:6
**Newport** 13:17,22,23
**newspaper** 15:1
**NIA** 47:2
**nine** 81:20 82:2
**nod** 17:5
**noes** 77:15
**nonresponsive** 55:25 65:7
**normal** 47:20,20 65:9,9 73:6,7
**normally** 41:20
**North** 67:14
**Notary** 1:9 98:2,21
**note** 64:22,24 65:15 66:3
**notice** 64:8 67:24
**November** 1:11 12:25 14:16 17:9,9,22 18:1 19:5,8 27:17 29:4 34:17 39:3 40:24 56:19 61:14 71:17,19 72:5 73:11,18,23 82:10 98:6,19,23
**number** 3:13,13 15:23 17:18 19:14,18,21 22:18 24:22 33:10 44:5 46:7 67:12,24 68:13 69:20 76:16 84:11 87:14 93:18
**numbers** 33:11,12,13 33:16 35:21,22 36:1 43:15 90:12,14

**O**

**oath** 4:21,21
**oaths** 98:3
**object** 4:17 32:14,15 47:12 57:11 64:12 66:5 70:18 79:4,9,14 81:1 96:12
**objection** 41:3 47:25 48:23 50:8,14,16 54:9 54:15,16,21 55:10 57:23 58:7 61:20 62:5 62:13 63:5,13 65:17 70:1 82:5 84:4,23 85:11,16 86:25 87:7 87:10 89:20 90:16
**objects** 4:20
**obligation** 23:17
**obligations** 60:22 61:3 61:6,10 63:10
**obtain** 16:10 31:1 36:6 45:1 65:10 82:3 83:19
**obtained** 33:15 35:21 35:22 36:1 51:13 52:12 65:13
**obtaining** 35:15 44:25
**obvious** 41:24
**obviously** 21:1,2 23:24 36:22 41:23 50:6 62:2 73:7
**office** 35:16 84:17 93:11
**offices** 1:10,15 98:5
**official** 9:23
**okay** 3:23 4:1,2,15 5:4 5:8,9,13 6:12,24 7:25 8:1 10:19 11:7 17:7 18:15,24 19:10 22:24 23:12,13 24:6,9 25:18 26:1 27:13 28:19 29:11,20 30:25 32:22 35:14,19,21 38:23 39:12 40:5 41:12 43:6 43:21 44:18 45:13,22 47:16,17 48:3,10 49:4 49:10,23 50:1 51:3,6 51:15 52:15,18,20 53:14 55:12 56:6,17 57:17 58:4 59:16 60:2 60:8,11,14,24 61:13 65:1,6 66:14 67:12 68:7,18 69:3,6,9,22 73:8 75:11 76:3 78:15 95:21
**old** 6:8
**ones** 83:2
**opinion** 79:10
**opportunity** 56:9 85:2
**options** 75:2
**order** 14:19 36:9 41:21 62:3 70:7
**original** 11:21 47:23 98:16,17
**outcome** 83:14
**outstanding** 20:11 22:2 24:10 25:17 26:8,24 31:19 33:20 34:6 61:17
**out-of-pocket** 96:3
**owe** 26:2
**owed** 21:12 24:19 25:5 34:15 37:5
**owned** 10:25 11:7
**owner** 7:8,10 42:11 71:11 74:23 86:15 87:16 92:5,6

**P**

**p** 2:14,15,17,18
**page** 2:2,11 23:4 26:15 26:17 37:23 38:4,20 43:17 52:21 58:11
**pages** 22:10,15,24 53:1 53:14
**paid** 12:7 30:2 92:13 94:17 95:19,21
**painless** 5:7
**paper** 27:4,5,8 40:4 49:9 55:11,22 66:25 86:18
**papers** 63:16
**paperwork** 84:11,18,21 84:25
**part** 27:4 29:18 36:22 55:8
**particular** 25:19 93:21
**parties** 98:14
**passed** 84:16
**patient** 88:7
**PAUSE** 23:10 28:10 31:7 37:25 43:1 70:12 80:17 91:21 96:6,21
**Pawtucket** 3:21 98:5
**pay** 13:8 14:20 16:11 16:18 31:2,13 37:3 41:1 45:2 48:17 62:3 62:23 63:2,7,8 68:2 70:7 74:8 82:3 95:24
**payment** 7:14,16
**payments** 16:17 77:13
**payoff** 31:19 32:5,10,20 33:20 34:6,10,24 35:9 35:12,15,23 36:2,4,6 36:10 37:9,13,24 38:6 38:7,19,20,21 40:16 41:23 45:2 56:15,16 56:17,23 58:5,11
**payroll** 41:24
**penalties** 4:23
**pending** 56:9 64:11
**people** 74:25 82:25
**percent** 12:14,21 89:19
**percentage** 12:17,19
**perfect** 88:10
**period** 51:10 69:4,9,11 72:5 75:10
**periods** 83:2
**perjury** 4:23
**permission** 81:11 86:5
**permit** 2:19 48:7 49:6,8 50:19,21 54:25 55:8 63:16 64:3,16 65:10
**permits** 42:2 51:12 52:8 52:12,25 53:12,14 54:6,13,13
**person** 18:9 95:6
**personal** 35:6 71:12 75:4
**Peter** 34:9 37:21 44:24 57:10,13
**PHENIX** 1:23
**phone** 3:20 4:4 15:23 17:15,18 18:6 19:2,4 19:11,20 23:9 28:1 67:22 68:24 76:16 93:18
**phoned** 17:17
**physically** 86:18
**physician** 78:7,8 79:24
**place** 71:9 87:21
**Plaintiff** 1:15 98:4
**plan** 16:16
**please** 3:6 5:2 64:19 88:7,7
**pleased** 79:16
**point** 5:5,11 10:19 15:9 17:14 20:24 28:2 31:12,16 41:10 74:13 75:5 88:5
**pointless** 72:21
**points** 83:6
**portfolio** 71:8
**portion** 43:14
**Portsmouth** 10:20,23 46:23 52:12 60:4 91:24
**positive** 94:5
**possession** 15:16,19
**possible** 5:8 73:21
**possibly** 15:3 58:19 82:3,12
**power** 12:16
**pp** 2:13,15,16,20,21,22
**practice** 41:21

preceding 23:18,19
preparation 47:7
prescription 78:15
presently 23:15
pretty 12:13 47:10 48:21 67:17
previous 90:2 98:6
price 7:5,13 92:16 94:3 95:2
primary 77:22 78:8
printed 55:11
printout 47:11,14
prior 7:8,9 17:22,24 27:24 54:18 69:12 70:22 72:3 74:10 80:9 92:5,6
private 94:14
privately 74:20,21
privilege 32:16
probably 9:11,15 12:11 18:2 26:4 51:18 68:20 72:15
problems 77:20 79:6
procedure 65:9 98:16
proceed 42:18
process 14:7 20:21 21:3 28:3 29:18 48:2 55:6 55:9 68:3 73:6,9 82:25
processing 2:17 29:5,10 46:16 47:16 48:22 63:17
processor 18:17
produces 47:21
production 91:17
program 72:23
programs 20:19 70:17 70:23 71:8
progress 72:19
proper 53:21,24,25
properly 65:12
property 5:23 6:22 7:15 10:25 11:8,20 30:17 46:22 95:17
protecting 4:20
provide 19:14,16,20,25 56:16,21 68:1 69:24 80:5 85:9,24 86:7 87:13 91:18 93:16
provided 27:16 39:2,4 40:10 48:15 50:20 54:3 63:19
Providence 1:11
psychiatric 80:9
psychiatrist 78:6,12 80:13
Psychological 80:14
psychologist 78:6,12
80:2,13
Public 1:10 98:2,21
pulled 27:22
purchase 5:21 7:5,13 10:4 92:15 94:2
purchased 90:21,24 91:24 94:4,22
purchasing 8:14
purposes 44:25
Pursuant 98:13,15
put 7:14 32:23 36:9 69:1 71:8 73:16,19,22 74:7,10,22 90:12 91:11
p.m 53:7 97:4

**Q**

qualified 98:3
qualify 7:24
question 4:15,19 5:2,3 5:4 23:13,20 24:4,22 25:3,7 31:9 39:14 41:15,17 45:17 56:2,8 57:18 64:5,9,11,14 65:8 66:8,12 69:22 79:15 81:25 82:7
questions 4:17 5:11 28:22,24 56:10 57:4 65:23 80:18 89:25 90:2 96:22,25
quick 22:10 93:2
quickly 71:4 83:5
quite 75:20

**R**

R 98:1
ran 21:15
range 9:17 75:16
rate 45:25
ratio 90:13,14
Ray 30:16 95:15
read 23:6 61:4 64:10,11 90:1,2 97:1 98:14
real 71:5 83:5
really 24:5 49:18 51:1 72:25 74:17
realtor 94:17
rear 53:15 68:16
reason 20:13 29:23 30:22 47:23 49:20 57:21,24 86:22 87:17 95:1,3
reasons 85:10 87:12 89:1
recall 7:23 9:5 11:20 19:11 21:17 23:1,4 24:3 27:20 28:12,17 31:3,15,17,22 40:14
40:17,21 43:2,21,23 44:3,5,7 52:17 59:12 62:17 68:24 75:6 95:9
Receipts 2:21
receive 32:20 42:22 55:14 56:2
received 42:20 55:13,16 55:22 64:22 67:4,23 88:1
receiving 70:15 86:2
recollection 75:15
record 3:6 4:20 13:18 17:8 22:13 25:1 32:15 34:20 51:25 57:6 59:10,21 62:14 65:24 66:6 74:6 79:3 98:12
records 71:18
recurring 77:7
reduce 36:13,23 37:1
reduced 98:11
referenced 33:21
refers 30:9
refinancing 60:8
reflect 21:21 23:8 63:10
reflected 22:19
regarding 33:4 34:9 37:22 76:1
rejection 64:5 66:3
relative 21:12 48:22 58:5 68:11 95:25
relax 76:20
relevance 82:5
remain 72:10
remember 7:12,21,23 15:6,14 18:24 20:3 21:19 26:11,14 28:22 29:21,25 30:15 31:11 34:1 39:16 41:12 50:4 51:10 52:15 56:12 59:5,13,15,16,20 72:25 74:17,24 76:22 80:3 87:24 90:21 91:5 91:11 92:2,19,25 93:24
reply 5:4
report 2:20 21:15 26:12 27:1 32:12
Reporter 3:5 17:1 97:2 98:22
REPORTERS 1:22
repossession 61:7
represent 3:11 29:22 43:4 47:19
representation 58:8 70:19
representative 18:18 43:16 59:6 60:11
represented 34:17 39:9
40:2 56:19
request 44:9,11 91:17
requested 33:16 51:11 51:13 52:8 54:18
requests 98:14
required 2:17 41:19 46:17 48:6,10,11 54:7 54:13 65:8
requirement 64:17
requirements 54:25 64:3
requires 41:20 79:10
research 15:2 67:9,11
reserve 96:25
reside 5:13
Residential 2:12
resides 6:4
residual 72:25
resources 72:16
respect 80:20
response 16:25 17:2
responsive 5:4
result 20:20 27:22 76:5
resulted 89:3
resuscitation 66:1
retained 38:16 98:17
review 41:18 44:18 47:7 83:5
reviewed 26:25
RE/MAX 74:25
Rhode 1:1,10,11 10:20 46:23 76:12 92:12 98:3,6
rid 82:24 84:13 86:6
right 4:3 16:19,22 19:5 21:4,6 23:22 24:1 26:24 30:12,13 32:23 35:20 36:21 42:6 44:25 48:15 51:4 54:5 61:1,11 63:1 66:20 67:17,17 69:12 70:9 73:10 80:16 82:18,19 83:3 85:14 86:12 87:9 88:25 92:21 94:7 96:25
right-hand 42:12
road 4:12
room 5:7 13:21 88:18 88:21
rooms 50:25 68:17
roughly 8:6 9:4,6,16 13:3 19:25 27:17 34:16 39:23 58:17 71:18 94:6
rule 7:20 17:4 98:13,15
rules 4:12 98:16
R.I 1:23

**S**

S 2:10 22:22
salary 8:23 9:8,9,9,17 10:10,17 20:1
sale 7:5 74:22 92:15,15 94:14,15,16
sales 8:14 10:4
sat 87:16
Savage 1:10,17 98:5
save 83:13,15
saved 82:21 83:8
saw 78:14
saying 17:20 55:6 73:3 82:23 85:2,9,12 86:3 86:7 90:4
says 23:14,19,23 24:3 30:13 37:20,22 38:7 38:13,18,18,19,21,24 38:25 39:19,20,21 43:7,8,10,11 45:12 47:2,16 48:5,6,8,9 49:5,8,9 52:23,25 57:12,13 60:7,8,10,14 60:21,25 61:9,22
scores 27:22
Searches 15:1
second 11:21 22:10 23:4 30:8,9 37:23 49:10
secure 70:5
Security 19:14,18 22:18
see 18:13 25:11,18 43:14 45:13,15,17,19 45:22,25 46:3,5,7,9 47:7 49:4 50:19 54:17 61:24 78:9,12 81:21 82:2,12 90:3
seeing 78:5
seen 37:19,23 47:5 59:24 85:5
sell 74:15,20,21 93:23
selling 66:20 74:12
sense 50:10
sent 42:4,10 44:21,23 49:14 51:14 53:3 57:9 57:13 59:8 60:2
separate 60:24 61:2 63:15
separates 27:7
service 18:18
Services 6:13
session 4:16
set 71:12 88:9 98:18
settled 42:17
seven 6:19 11:5
seven-month 69:9

shake 87:5
Shechtman 1:10,17 98:5
Sherman 5:14 91:3,3 91:15
shortly 27:17 51:10
shot 69:17
show 28:7 74:7 83:17 84:1
showed 58:12 63:16 89:13
showing 22:9 46:15 52:3
sign 15:12 74:22 86:17 97:1 98:14
signature 46:9
signed 28:9 43:16,16 60:11
similar 77:7
single 6:2 94:1,2
sit 88:8
sitting 13:20
situation 13:6 20:16,19 27:9 35:3 67:8,16,18 70:6,7,24 71:6 72:3 79:8 81:9
situations 77:9
six 13:3 84:10
small 11:22
Smart 6:13 20:4
Social 19:14,18 22:18
sold 7:14 67:17 68:6 69:17 92:22,25 93:2 94:19,20 95:1,2
solicited 67:20,22
somebody 59:12,14
somewhat 72:15
SONS 1:15
soon 51:15 59:18 68:19 68:24 86:17
sorry 5:22 25:13,14 35:1 37:11 50:14 64:20 73:14
sound 30:20
sounds 15:25 41:11 48:21 90:11
South 67:13
Souza 1:4,4,8 2:4,19 3:2,8,11,14,14 4:8 5:13 22:11 30:14 37:22 45:10 46:16 52:23 98:4,24,24
Spaziano 1:18 13:19
speak 4:12 78:13 81:21 88:19
speaking 87:24
speaks 85:12
specific 23:13 33:25 87:12 89:1
specifically 13:8 24:20 33:17 46:21 66:21 90:3
speed 81:11
spell 3:6
spelled 22:21
spoke 14:21 18:25 28:14,16 60:17 71:24
spring 11:10
Staffing 6:13 20:4
stages 83:3
standard 41:20 47:10 47:14 48:21 71:10
standing 88:17
Star 67:14
started 71:1 82:25
state 1:10 3:5 4:6 54:20 54:22,22 55:7 98:3
stated 76:3
statement 2:22 29:8 62:19 72:12
STATES 1:1
stating 58:23
status 29:9
stay 96:16
steel 10:6,8 20:7
stenographer 17:5
stenotype 98:11
steps 74:14,15
Steve 3:11
STEVEN 1:18
stick 68:21
Store 67:14
story 72:20
Street 1:11 9:22 98:5
stress 76:20
stressful 76:24 77:1
strike 39:13 45:16 56:1 65:7 85:3 90:8
stub 48:17
stuck 71:25
stuff 10:7 21:10 48:21
stupid 88:14
subject 4:23
subscriber 16:3
subsequent 66:14 67:23 68:12
substance 34:4
success 69:10
sue 85:19,20
sued 86:22 87:9 88:13 88:15
suffered 76:4
sufficient 25:3
suggest 19:5
Summary 2:14 30:13
supervisor 13:20
sure 5:3 15:11 16:4 24:11,20 34:12 36:16 37:4,15 75:18 76:15 85:6,8 93:22
sworn 3:3 98:7,8
S-O-U-Z-A 3:9

T

T 2:10 98:1,1
take 4:22 17:5 22:9 59:24 63:15 72:10 74:14 83:4 87:20 92:17
taken 1:9 4:21 15:10 17:15 18:6 98:5,11
talk 4:3 40:12 71:1
talked 3:20 33:21 37:15 61:21,25 62:6,8 82:9 82:25 96:7
talking 18:20 44:1 71:4
Tavares 92:9,9
tax 24:21 27:3,9 76:1
taxes 24:10,15,16,19 25:5,15 26:3
technical 42:9
telephone 24:12
tell 17:14 19:23 20:11 20:13 21:12,15 23:7 24:12,18 29:2 32:12 33:9 34:23 42:1 56:14 61:11 76:3 86:13
Teller 14:6
telling 20:3 21:17 27:20 32:18 34:3
ten 14:22 15:13 16:9,24 68:8
tend 17:6
term 28:23 45:25 79:4 90:17
Termination 2:22
testified 82:8 96:9 98:9
testifies 3:3
testify 4:22 98:8
testimony 27:24 54:24 70:19,22 98:6,12
Thank 96:23
thereabouts 27:17
thing 16:20 71:9 86:14 90:4
things 12:18 41:24 49:1 55:2,4
think 7:6,24 20:15 29:24 34:12 39:10 44:23,23 51:5 52:6 56:5 66:21 69:7 72:15 74:19 75:2 76:14 80:12 83:16,21,23 84:1 91:25 94:4 95:19 96:19
third 11:23
thought 12:7 25:10 69:13 73:3 81:6
three 9:17 11:19 23:23 23:25 33:20 34:6,25 35:10,17,18 36:5 94:9
three-page 53:3
tight 88:8
time 11:17 15:23 16:3,5 16:15 17:23 20:17,18 21:20 26:1 28:12 42:14 51:8 53:11 61:13 64:21 69:4 71:3 72:24,24 73:2,14,16 73:24 75:5,9,10,11 81:7,13,14,14,15,16 83:21 89:14
times 76:19 80:7
title 18:16
told 20:14 21:2,22 23:8 26:23 30:25 39:15,16 39:24 40:8,9,20,24 42:9,13 49:14 57:19 64:16,19,21 65:19 70:21,21 71:1 81:6 85:18,22 86:16 87:4,5 87:15 88:6,11,17 89:7 90:20
tons 84:21,24
top 30:8 43:7,11 46:18 53:6 76:17
topic 42:21
touch 56:21
town 52:11
toyed 74:1,12,14
transcript 97:1 98:9,14
transcription 98:11
transcripts 98:16
transferred 12:1
transmittal 2:15 37:19
Travares 92:9
treat 76:18 79:17,22 80:7
treated 76:5 77:17 78:4 79:25
treatment 80:9,14
treatments 78:19
Tree 12:1 16:14 21:13 21:25 67:13
tried 69:12,16,17 74:21
true 23:24 98:12
trustee 56:11 58:4
trustee's 2:20 35:15
truth 98:8,8,8
try 5:7 13:6 36:12 37:1 66:19 72:2 74:20
trying 32:4 39:10 45:1 75:2 83:18
twice 80:8 84:5
two 9:17 22:14,24 46:15 52:8 63:15 68:17 79:25 89:25 90:2,12 94:9
two-page 55:15
two-thirds 49:5
type 20:19 43:21 46:3 70:15,16 76:4

U

Uh-huh 7:11 13:10 20:8 33:24 34:11 35:4 95:4
ultimate 34:23 40:15
ultimately 34:5
understand 3:17 4:24 5:2,3 11:19 25:3 55:5 55:24 65:24,25 85:4 90:4
understood 22:24 25:7 25:9
Uniform 2:12
Union 14:3
unique 71:5
UNITED 1:1
use 5:6 48:2 53:18 70:1 79:4 84:7 90:16

V

v 3:14 52:23 98:24
vacations 86:16
value 30:14 37:5 54:1 89:10,19 90:7,13,14 90:17
various 14:14
verbal 16:25 17:1 59:3
verify 18:21
Verizon 16:3,4
Vescera's 43:5
veto 12:16
Vieira 17:17,24 18:3,10 18:11,25 19:11 24:12 26:6 33:2,18 34:17 37:21 38:11 39:2,9,15 39:16,24 41:16,18 58:15 59:14 61:15 63:22 72:12
visited 76:19
VS 1:5

W

wages 60:25
wait 86:15
waiting 88:6
walk 49:25
walked 49:17 51:5

want 4:24 5:2 7:21 8:2 20:16 50:6 64:23 71:2
wanted 16:19,21 53:21 71:6 72:10,10 81:7 96:16,17
wantonly 80:20
Washington 6:25 91:2
wasn't 26:6,9 36:8 45:4 69:14 75:7 90:19 92:6 94:16
waste 20:17 71:2 81:13
wasted 81:16
water 5:6
way 49:5 62:19,20 64:2
week 69:5,10
weeks 94:10
Wendy 93:8
went 8:20 23:2 26:11 50:24 51:3 52:11 54:24 78:23 80:2,8 81:20 82:2 83:1
weren't 37:16 49:7 70:5 81:12 83:25 87:2
we'll 5:7 57:5 65:22 88:15
we're 3:12 44:15 86:16 88:14
we've 37:15 96:7
whale 9:20
Whaling 8:12,21 9:19 9:20,24,25
whatnot 21:6
WHEREOF 98:18
white 31:25
wife 12:13
withdraw 41:15,17 57:17
witness 2:2 3:8 4:25 5:9 5:12 7:9 8:1,3 15:17 19:1 22:12 27:5 30:11 31:10 33:22 34:8 35:1 37:11 41:6 44:6,11 52:19 56:7 57:24 79:18 80:23 85:20 91:8 92:14 94:20 95:3 98:7,7,7,9,12,13,18 98:24
women's 5:7
word 25:18 43:11 45:15 70:2 84:7 86:8
wording 45:13
words 85:25 87:18 88:8 88:13,16,22
work 6:12,13 8:11,17 13:13 36:12 50:21 52:25 53:15,22 65:11 68:15 69:13 87:8 93:9
worked 8:18 13:16,16 13:17,22 14:2 19:23 36:5
working 6:18 36:19 58:4
works 8:12
wouldn't 34:1 50:10 63:4 68:6 70:11,13 83:20 84:7 90:13
write 39:6
written 21:21,24 28:19 61:14
wrong 22:21 29:3
W-2s 48:15

X

X 2:1,10

Y

yard 49:25
yards 81:21 82:2
year 10:13
years 6:20 9:17 11:3,5 13:14 77:4
young 96:17

Z

Z 22:22

$

$10,000 24:14 25:6 26:3 40:19,23,25 42:15 56:18 58:17 61:18 62:11
$10,300 34:16
$10,327 40:5
$100,000 92:17
$145,000 21:18
$150,950 38:24
$185,000 41:13
$2,100 8:10
$2,500 11:22 22:3 40:2
$2,978 40:1
$20,000 75:8
$202,100 41:10 60:19 89:11 90:10
$23,000 21:25 39:23
$25,8 39:19
$250 95:19 96:3
$265,000 94:6
$275,000 29:20 30:15 89:16
$3,000 39:23
$330,000 7:3 90:24
$35,000 7:19 8:6
$50,000 10:12,13
$55,000 9:12
$6,000 39:1
$60,000 9:12

0

02920 1:23
03 95:16
04 5:25 42:7 63:19 65:13
06-55 1:5 3:14

1

1 2:14,15,17,18,22 93:1
1:48 53:7
10 72:6 75:15
10:00 1:11 98:6
10:20 3:1
1080 1:11 98:5
11/25/03 47:3
11/26/03 2:15
115 1:23
12 6:9 10:18
12/15/03 57:10
12/16/03 2:15 37:22
12/18/03 2:14
12/25/03 47:3
12:20 97:4
13 11:12 12:22 13:6,9 14:21 16:11,16,17,18 21:9 24:17 25:11 26:25 27:4,8 31:2,13 32:11,20 33:5,10 34:5 34:24 35:3,12 36:14 37:9,13 41:2,19 42:19 45:1,3 56:11 58:6 62:4,22,23 68:2 70:9 70:10 71:7 72:2,19 73:17 74:8,16 75:3,12 76:24 77:10 79:8,13 82:4 83:11,19 84:14 86:13 90:10 94:18
145 39:17
15 10:18 67:20 75:15 75:15 82:1,7
16 33:17 38:9 58:13
17 98:22
18 29:16
19 5:22
1995 77:5
1996 77:5
1997 11:6 92:2
1998 50:2 68:16
1999 24:14 25:6 27:3 50:2 68:15

2

2 2:15,16,21 31:4 38:4 38:20 53:14
2/14/63 4:7
2/5 65:15 82:10 87:13 92:22
2/9/98 2:19
20 67:12,25 68:13 69:20 75:13,15,19 84:11
2000 11:10
2003 8:15,24 9:5,10 11:10,14 12:25 17:9 18:1 19:6 27:17 34:18 38:9 44:2 56:19 74:16 75:12,25 77:11 79:7 79:12 82:10
2004 5:22 8:15,24 9:10 11:6 43:6 49:11 53:6 56:3 60:6 77:12 78:20 90:23 91:6
2005 17:22
2006 1:11 98:6,19,23
2009 98:22
21 93:10
210 31:4
22 2:12 44:2,21 86:10
24 19:5
24th 98:19
25 19:5 71:19
265 94:4 95:2
27 39:19
275 90:8,9
279 94:13 95:2
28 2:13 64:6

3

3 2:5,20 26:15,17 53:1 53:14
30 2:14 65:16 66:4 98:13
30(f)(1) 98:15
31 57:16,18,21
330 7:2,6
34 2:15

4

4 2:13 43:6
4/1/04 93:3
4/22/99 2:19
4/5/68 4:11
401 1:24 51:23
42 2:16
45 9:15
46 2:17,17

5

5 60:6 63:25 64:6 68:19 68:20 78:19
5(d) 98:15
52 2:18
56 5:14 91:3,14
57 2:20
59 2:21

6

6 27:17
683-3942 15:24 51:23

7

7 72:4 77:2
74 89:19

8

8 1:11 42:7 49:11 53:6 55:13 56:3 63:19 64:4 65:13 72:6 98:6,23
80 12:14
85 12:21 41:12

9

90s 91:25
946-5500 1:24
97 92:1
98 10:22 16:6 46:22 53:1 91:22
99 53:1