IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL SOUZA AND ELIZABETH SOUZA | : | |
| VS. | : | CA. No. 0655 ML |
| DOMESTIC BANK | : | |

**STIPULATION OF DISMISSAL**

The parties in the above-captioned action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), through their undersigned counsel hereby agree that all claims asserted by plaintiffs in the complaint shall hereby be dismissed, with prejudice.

PLAINTIFFS,

MICHAEL and ELIZABETH SOUZA
By their Attorneys,

LAW OFFICES OF CLAUDE LEFEBVRE

*/S/CHRISTOPHER LEFEBVRE*
Christopher Lefebvre, Esq. (#4019)
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060 Telephone
(401) 728-6534 Facsimile

DEFENDANT,

DOMESTIC BANK
By its Attorneys,

SHECHTMAN HALPERIN SAVAGE, LLP

*/S/ DEAN J. WAGNER*
Dean J. Wagner, Esq. (#5426)
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 Telephone
(401) 272-1403 Facsimile

ENTER:

______________________________
United States District Judge

PER ORDER:

______________________________
Deputy Clerk

Date: March 26, 2007